

# Property Report for Account R0109004

## Today's Date: 5/31/2023



| | |
|---|---|
| Property Address: | 826 TRAIL RIDGE DR |
| City: | LOUISVILLE |
| Owner: | LINDSAY CHRISTOPHER J & ERIN A |
| Parcel Number: | 157507322016 |
| Mailing Address: | 814 TRAIL RIDGE DR |
| City, State, Zip: | LOUISVILLE CO, 80027-3114 |
| Sec-Town-Range: | 07 -1S -69 |
| Subdivision: | CENTENNIAL 6 - LO |
| Jurisdiction: | Louisville |
| Legal Description: | LOT 16 CENTENNIAL 6 SPLIT FROM ID 62421 |
| Square Feet: | 13,756 |
| Acres: | 0.32 |



## Assessment Report for Account R0109004

### Today's Date: 5/31/2023

### Account

| | |
|---|---|
| Account Number: | R0109004 |
| Parcel Number: | 157507322016 |
| Tax Area: | 000090 |
| No. of Improvements: | 0 |
| Site Address: | 826 TRAIL RIDGE DR |
| Neighborhood: | WEST LOUISVILLE |

### Total Account Value

| | Actual | Assessed |
|---|---|---|
| Total: | 700700 | 47402 |
| Structure: | 0 | 0 |
| Land: | 700700 | 47402 |
| X-Features: | 0 | 0 |
| MillLevy: | 96.236 | |

### Improvements



## Deeds Report for Account R0109004

### Today's Date: 5/31/2023

### Deeds

| Deed# | Sale Date | Recorded | Sale Price |
|---|---|---|---|
| 3453032 | 6/4/2015 | 6/16/2015 | $890,000.00 |
| 1997927 | 11/8/1999 | 11/8/1999 | $499,000.00 |
| 1168064 | 3/16/1992 | 3/16/1992 | $286,000.00 |
| 1097678 | 4/15/1991 | 4/15/1991 | $416,000.00 |
| 1024294 | 1/19/1990 | 1/19/1990 | $0.00 |



# Zoning Report for Account R0109004

## Today's Date: 5/31/2023

| | |
|---|---|
| Address: | 826 TRAIL RIDGE DR |
| Parcel Number: | 157507322016 |
| Zoning: | Not County Zoned |
| Wind Load (Vult): | 150 |
| Ground Snow Load (lbs/sqft): | 45 |

### Land Use Department Permits and Dockets

| | |
|---|---|
| LS-22-0529 | 826 TRAILRIDGE DRIVE - LOT 16, CENTENNIAL 6 SUBDIVISION, A PART OF THE SOUTHWEST ONE-QUARTER OF SECTION 7, TOWNSHIP 1 SOUTH, RANGE 69 WEST |



# Floodplain Report for Account R0109004

## Today's Date: 5/31/2023

### Floodplain Information

| | |
|---|---|
| Address: | 826 TRAIL RIDGE DR |
| Parcel Number: | 157507322016 |
| Flood Zone: | X |
| Floodway: | No |



# Survey Report for Account 157507322016

**Today's Date: 5/31/2023**

## Surveys specific to property

| | |
|---|---|
| Survey Number: | LS-22-0529 |
| Survey Date: | 9/20/2022 |
| Surveyor: | Daniel Trujillo |
| Firm: | The Azion Group |
| STRQ: | |
| Description: | |

826 TRAILRIDGE DRIVE - LOT 16, CENTENNIAL 6 SUBDIVISION, A PART OF THE SOUTHWEST ONE-QUARTER OF SECTION 7, TOWNSHIP 1 SOUTH, RANGE 69 WEST



# Elections Report for Account R0109004

**Today's Date: 5/31/2023**

| | |
|---|---|
| Address: | 826 TRAIL RIDGE DR |
| Parcel Number: | 157507322016 |
| Precinct: | 2181207202 |
| US Congressional District: | 2 |
| State Senate: | 18 |
| StateHouse: | 12 |
| County Commissioner: | 3 |