


Skip to content | About Secretary Griswold | Español

🔍 Search

 Voter menu

## My Voter Registration

Versión en Español

⚠ **Warning:** It is against the law to knowingly submit false information or to tamper with another person's voter registration information.

**Name** CHRISTOPHER JOSEPH LINDSAY

| Voter Details | Ballot Information | County & District Information |
|---|---|---|

**Name**  CHRISTOPHER JOSEPH LINDSAY
**Birth Year**  ▓▓▓▓

### Registration

| | |
|---|---|
| **Voter ID** | ▓▓▓▓▓▓▓ |
| **County registration date** | 09/11/2014 |
| **Registration Status** | Active |
| **Party Affiliation** | Unaffiliated |
| **Date of Affiliation** | 09/11/2014 |

### Voter Information

| | |
|---|---|
| **Residential Address** | 826 TRAIL RIDGE DR, LOUISVILLE, CO, 80027 |
| **Mailing Address** | 814 TRAIL RIDGE DR, LOUISVILLE, CO, 80027 |

[ New Search ]  [ Edit ]

Colorado Secretary of State | 1700 Broadway, Suite 550, Denver CO 80290 | 303-894-2200

Terms & conditions | Browser compatibility

^ Top

**NOTICE OF REMOVAL - EXHIBIT "C"**




Skip to content | About Secretary Griswold | Español

Search

 Voter menu

## My Voter Registration

Versión en Español

**Warning:** It is against the law to knowingly submit false information or to tamper with another person's voter registration information.

**Name** ERIN ASHLEY BOLICK LINDSAY

| Voter Details | Ballot Information | County & District Information |
|---|---|---|

**Name** ERIN ASHLEY BOLICK LINDSAY
**Birth Year** ▮▮▮▮

### Registration

**Voter ID** ▮▮▮▮▮▮▮
**County registration date** 09/11/2014
**Registration Status** Active
**Party Affiliation** Unaffiliated
**Date of Affiliation** 09/11/2014

### Voter Information

**Residential Address** 826 TRAIL RIDGE DR, LOUISVILLE, CO, 80027-3114
**Mailing Address** 814 TRAIL RIDGE DR, LOUISVILLE, CO, 80027

[ New Search ]    [ Edit ]

Colorado Secretary of State | 1700 Broadway, Suite 550, Denver CO 80290 | 303-894-2200

Terms & conditions | Browser compatibility

^ Top

NOTICE OF REMOVAL - EXHIBIT "C"