## GEICO CORPORATION: F01088731

 **Notice** 

Please be aware of an **ongoing scam** in which newly registered businesses are being instructed to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' via mail or email should be fully vetted before submitting additional payment.

**Department ID Number:**
F01088731

**Business Name:**
GEICO CORPORATION

**Principal Office:** 
5260 WESTERN AVE.
WASHINGTON DC 20015

**Resident Agent:** 
THE CORPORATION TRUST, INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

**Status:**
INCORPORATED

**Good Standing:**
THIS BUSINESS IS IN GOOD STANDING

**Business Type:**
FOREIGN CORPORATION

**Business Code:**
03 ORDINARY BUSINESS - STOCK

**Date of Formation/ Registration:**
11/30/1979

**State of Formation:**
DE

**Stock Status:**
STOCK

**Close Status:**
N/A

**NOTICE OF REMOVAL - EXHIBIT "D"**