# State Corporation Commission

## Clerk's Information System

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | GEICO Insurance Agency, LLC | Entity ID: | 11283073 |
| Entity Type: | Limited Liability Company | Entity Status: | **Active** |
| Series LLC: | No | Reason for Status: | Active |
| Formation Date: | 11/06/1979 | Status Date: | 09/20/2021 |
| VA Qualification Date: | 09/20/2021 | Period of Duration: | Perpetual |
| Industry Code: | 35 - Insurance Agencies | Annual Report Due Date: | N/A |
| Jurisdiction: | MD | Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | Locality: | HENRICO COUNTY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA | | |
| Name: | C T CORPORATION SYSTEM | Registered Office Address: | 4701 Cox Rd Ste 285, GLEN ALLEN, VA, 23060 - 6808, USA |

### Principal Office Address

| | |
|---|---|
| Address: | 5260 Western Ave, CHEVY CHASE, MD, 20815 - 3701, USA |

Privacy Policy | Contact Us  

NOTICE OF REMOVAL - EXHIBIT "E"

https://cis.scc.virginia.gov/EntitySearch/BusinessInformation?businessId=11283073&source=FromEntityResult&isSeries%20=%20false[6/1/2023 3:06:19 PM]