


Skip to content  |  About Secretary Griswold  |  Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

### Details

| | |
|---|---|
| Name | GEICO INSURANCE AGENCY, LLC |
| Status | Good Standing |
| Formation date | 05/25/1995 |
| ID number | 19951068711 |
| Form | Foreign Limited Liability Company |
| Periodic report month | May |
| Jurisdiction | Maryland |
| Principal office street address | ONE GEICO BLVD, FREDERICKSBURG, VA 22412, United States |
| Principal office mailing address | 5260 WESTERN AVENUE, LICENSING, CHEVY CHASE, MD 20815, United States |

### Registered Agent

| | |
|---|---|
| Name | Colorado Division Of Insurance |
| Street address | 1560 Broadway, Suite 850, Denver, CO 80202, United States |
| Mailing address | 1560 Broadway, Suite 850, Denver, CO 80202, United States |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[ Back ]

Terms & conditions | Browser compatibility

**NOTICE OF REMOVAL - EXHIBIT "F"**