Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters](#)

| HOME | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| [File Number:](#) | 863577 | [Incorporation Date / Formation Date:](#) | **11/29/1978** (mm/dd/yyyy) |
|---|---|---|---|

[Entity Name:](#)  **GEICO CORPORATION**

| [Entity Kind:](#) | **Corporation** | [Entity Type:](#) | **General** |
|---|---|---|---|
| [Residency:](#) | **Domestic** | State: | **DELAWARE** |

[**REGISTERED AGENT INFORMATION**](#)

| Name: | **THE CORPORATION TRUST COMPANY** | | |
|---|---|---|---|
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]          [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**NOTICE OF REMOVAL - EXHIBIT "G"**