# GEICO INSURANCE AGENCY, LLC: W21652318

**Department ID Number:**
W21652318

**Business Name:**
GEICO INSURANCE AGENCY, LLC

**Principal Office:** 
5260 WESTERN AVENUE
CHEVY CHASE MD 20815

**Resident Agent:** 
THE CORPORATION TRUST INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

**Status:**
ACTIVE

**Good Standing:**
THIS BUSINESS IS IN GOOD STANDING

**Business Type:**
DOMESTIC LLC

**Business Code:**
20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/ Registration:**
04/23/2021

**State of Formation:**
MD

**Stock Status:**
N/A

**Close Status:**
N/A

**NOTICE OF REMOVAL - EXHIBIT "H"**