6/1/23, 3:13 PM OnlineBusinessSearch

# THE TRAVELERS HOME AND MARINE INSURANCE COMPANY   ACTIVE

No information provided

**BUSINESS DETAILS**

## Business Details

### General Information

Business Name
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY

Business status
ACTIVE

Citizenship/place of formation
Domestic/Connecticut

Business address
No information provided

Annual report due

NAICS code

Business ALEI
0610146

Date formed
12/31/1998

Business type
Insurance Stock

Mailing address

Last report filed

NAICS sub code

### Principal Details

None

### Agent details

None

## Filing History

[View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000003akdO/A41KfrHzu2qveabvjbzsEA.HV8opDL.rzOQebLyRgvc)](https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000003akdO/A41KfrHzu2qveabvjbzsEA.HV8opDL.rzOQebLyRgvc)

**Domestication - Certificate of Redomestication**
**0001930322**

Filing date: 12/31/1998    Filing time:    [View details]

Volume Type
B

Volume
241

Start page
329

Pages
6

Date generated
12/31/1998

Digital copy
View as PDF (https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000003akdO/A41KfrHzu2qveabvjbzsEA.HV8opDL.rzOQebLyRgvc)

## Name History

None

## Shares

None