


Skip to content  |  About Secretary Griswold  |  Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

### Details

| | | | |
|---|---|---|---|
| Name | THE TRAVELERS HOME AND MARINE INSURANCE COMPANY | | |
| Status | Good Standing | Formation date | 01/11/1995 |
| ID number | 19951003712 | Form | Foreign Corporation |
| Periodic report month | July | Jurisdiction | Connecticut |
| Principal office street address | One Tower Square, Hartford, CT 06183, US | | |
| Principal office mailing address | One Tower Square, Hartford, CT 06183, US | | |

### Registered Agent

| | |
|---|---|
| Name | Corporation Service Company |
| Street address | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| Mailing address | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[ Back ]

Terms & conditions | Browser compatibility

**NOTICE OF REMOVAL - EXHIBIT "J"**