**DISTRICT COURT, BOULDER COUNTY,**
**STATE OF COLORADO**
1777 6th Street
Boulder, CO  80302
(303) 441-3750

_____

**Plaintiffs:**
ERIN LINDSAY and CHRISTOPHER LINDSAY

**v.**

**Defendants:**
THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY and GEICO
INSURANCE AGENCY, LLC.

_____

*Attorneys for Plaintiffs:*
Bradley A. Levin, No. 13095
Susan S. Minamizono, No. 48984
**LEVIN SITCOFF WANEKA PC**
1512 Larimer Street, Suite 650
Denver, CO  80202
Phone: (303) 575-9390
Fax: (303) 575-9385
brad@lsw-legal.com
susan@lsw-legal.com

DATE FILED: April 26, 2023 4:16 PM
FILING ID: 74215F9584998
CASE NUMBER: 2023CV30297

▲ **COURT USE ONLY** ▲

_____

**Case Number:**

**Division:**

---

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT**

1.      This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third-party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.      Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

☐      This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

NOTICE OF REMOVAL - EXHIBIT "K"

☒ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.
**Or**
☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.    ☒    This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Dated this 26th day of April, 2023.

Respectfully submitted,

**LEVIN SITCOFF WANEKA PC**

*s/Susan Minamizono*
Bradley A. Levin
Susan S. Minamizono
*Attorneys for Plaintiffs*

2