| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO**<br>1777 6th Street<br>Boulder, CO  80302<br>(303) 441-3750<br>_____<br><br>**Plaintiffs:**<br>ERIN LINDSAY and CHRISTOPHER LINDSAY<br><br>v.<br><br>**Defendants:**<br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and GEICO INSURANCE AGENCY, LLC.<br>_____<br><br>*Attorneys for Plaintiffs:*<br>Bradley A. Levin, No. 13095<br>Susan S. Minamizono, No. 48984<br>**Levin Sitcoff Waneka PC**<br>1512 Larimer Street, Suite 650<br>Denver, CO  80202<br>Phone: (303) 575-9390<br>Fax: (303) 575-9385<br>brad@lsw-legal.com<br>susan@lsw-legal.com | DATE FILED: May 9, 2023 2:18 PM<br>FILING ID: 5FF0981C71DDE<br>CASE NUMBER: 2023CV30297<br><br>▲ **COURT USE ONLY** ▲<br>_____<br><br>Case Number:  2023cv30297<br><br>Division: 2 |

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT**: GEICO INSURANCE AGENCY, LLC

　　**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

　　If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

NOTICE OF REMOVAL - EXHIBIT "L-3"

The following documents are also served with this summons: Complaint and Jury Demand, and Civil Case Cover Sheet.

Dated this 3rd day of May, 2023.

Respectfully submitted,

**LEVIN SITCOFF WANEKA PC**

*s/Susan Minamizono*
Bradley A. Levin
Susan S. Minamizono
*Attorneys for Plaintiffs*

NOTICE OF REMOVAL - EXHIBIT "L-3"