# DISTRICT COURT, BOULDER COUNTY, COLORADO
1777 6th Street, Boulder, CO 80302

DATE FILED: May 9, 2023 2:18 PM
FILING ID: 9E9281C71DDE
CASE NUMBER: 2023CV30297

**Plaintiff:**

ERIN LINDSAY and CHRISTOPHER LINDSAY

v.

**Defendant:**

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY
and GEICO INSURANCE AGENCY, LLC

**Affidavit of Service**

Case #: 2023cv30297

Received on **May 03, 2023 at 3:20 pm**

I, **Fred Lowe,** being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **May 04, 2023 at 3:01 pm**, I executed service of a **SUMMONS (3 Copies); COMPLAINT AND JURY DEMAND (3 Copies); DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT (3 Copies)** on **GEICO INSURANCE AGENCY, LLC** at **Attorney General's Office, 1300 Broadway, Denver, Denver County, CO 80202.**

By Corporate Service to: **AMBER MARSH - ADMINISTRATIVE ASSISTANT II**

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.
Executed on May 5, 2023 at Greenwood Village, CO

*Fred Lowe* (signature)

Fred Lowe

Field Sheet Id: 22720
Client Reference: Erin Lindsay and Christopher Lindsay 2023cv30297
Page 1 of 1
Process ServerSoftware Pro

NOTICE OF REMOVAL - EXHIBIT "L-4"