| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO**<br>1777 6th Street<br>Boulder, CO 80302<br>(303) 441-3750 | DATE FILED: May 24, 2023 7:32 PM<br>FILING ID: 734A944611364<br>CASE NUMBER: 2023CV30297 |
| **Plaintiffs:**<br>ERIN LINDSAY and CHRISTOPHER LINDSAY<br><br>v.<br><br>**Defendants:**<br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and GEICO INSURANCE AGENCY, LLC. | ▢ **COURT USE ONLY** ▢<br><br>Case Number: 2023cv30297<br><br>Division: 2 |
| **WAIVER AND ACCEPTANCE OF SERVICE SUMMONS** | |

I, Evan Stephenson, do hereby accept and acknowledge service of the Summons, Complaint and Jury Demand, and Civil Cover Sheet, on behalf of Defendant, The Travelers Home and Marine Insurance Company as if the same were served in accordance with C.R.C.P. 4(e).

Dated this 12th day of May, 2023.

Spencer Fane LLP



*s/ Evan Stephenson*
Evan Stephenson