| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER<br>STATE OF COLORADO<br>1777 6th Street<br>Boulder, Colorado 80302 | DATE FILED: May 25, 2023 1:08 PM<br>FILING ID: 35AB526F24EC4<br>CASE NUMBER: 2023CV30297 |
| **Plaintiffs:**    **ERIN LINDSAY and CHRISTOPHER LINDSAY**<br><br>v.<br><br>**Defendants:**    **THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and GEICO INSURANCE AGENCY, INC.** | <br><br><br><br><br><br>▲COURT USE ONLY▲ |
| *Attorneys for Defendant Geico Insurance Agency, Inc.*<br>Ryan C. Gill, Atty. Reg. No.: 37320<br>Jackson D. Beal, Atty. Reg. No.:53779<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1700 Lincoln Street, Suite 4000<br>Denver, Colorado 80203<br>Phone:    303.861.7760<br>Email:    Ryan.Gill@lewisbrisbois.com<br>            Jackson.Beal@lewisbrisbois.com | Case No.: 2023CV30297<br>Division: 2 |
| **DEFENDANT GEICO INSURANCE AGENCY, INC.'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** | |

Defendant Geico Insurance Agency, Inc. ("GIA"), by and through their attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby submits its <u>Unopposed</u> Motion for Extension of Time to Respond to Plaintiff's Complaint ("the Motion"), as follows:

**CERTIFICATION**

Pursuant to C.R.C.P. 121(c) § 1-15(8), undersigned counsel conferred with Plaintiffs' counsel regarding this Motion by email communications on May 25, 2023. Plaintiffs' counsel <u>does not oppose</u> the relief requested herein for the extension up to and including June 1, 2023.

1

## UNOPPOSED MOTION

1. GIA was served with Plaintiffs' complaint on May 4, 2023 via the Colorado Division of Insurance, GIA's registered agent for service of process. Consequently, GIA's response to Plaintiff's complaint is due May 25, 2023. C.R.C.P. 12(a)(1).

2. GIA requests an additional 7-days to respond to the Complaint, up to and including June 1, 2023. Plaintiff does <u>not</u> opposed to the requested extension.

3. The Court may, for cause shown, enlarge the time for GIA to respond to Plaintiff's complaint. C.R.C.P. 6(b); 121 §§ 1-11, 1-15.

4. Good cause exists for the requested 7-day extension of time. Undersigned counsel was recently retained by GIA for this litigation. GIA's undersigned counsel requires additional time to investigate the allegations made in the Complaint, evaluate relevant facts and documents, and prepare a response to the Complaint.

5. The requested extension of time is not expected to impact any case deadlines or otherwise prejudice the parties or the Court.

6. In accordance with C.R.C.P. 121, § 1-11, a copy of this motion will be served on a representative for GIA.

**WHEREFORE,** Defendant GIA respectfully request an extension of time up to and including June 1, 2023 to respond to Plaintiff's complaint.

Dated: May 25, 2023    By: *s/ Ryan C. Gill*
                          Ryan C. Gill
                          LEWIS BRISBOIS BISGAARD & SMITH LLP
                          *Attorneys for Defendant Geico Insurance Agency, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT GEICO INSURANCE AGENCY, LLC'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was filed and served to all counsel of record electronically via CCES, this 25th day of May, 2023.

*s/ Ryan C. Gill*
Lewis Brisbois Bisgaard & Smith LLP