| | DATE FILED: May 25, 2023 1:08 PM |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER<br>STATE OF COLORADO<br>1777 6th Street<br>Boulder, Colorado 80302 | FILING ID: 35AB526F24EC4<br>CASE NUMBER: 2023CV30297 |
| **Plaintiffs:** ERIN LINDSAY and CHRISTOPHER LINDSAY<br><br>v.<br><br>**Defendants:** THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and GEICO INSURANCE AGENCY, INC. | ▲ **COURT USE ONLY** ▲<br><br>Case No.: 2023CV30297<br>Division: 2 |
| **[PROPOSED] ORDER GRANTING DEFENDANT GEICO INSURANCE AGENCY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

THIS MATTER having come before the Court on Defendant Geico Insurance Agency, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("the Motion"), and the Court being fully advised in the premises.

IT IS HEREBY ORDERED that the Motion is GRANTED, and Defendant Geico Insurance Agency shall have up to and including June 1, 2023 to file its responsive pleadings.

DATED: _____, 2023        BY THE COURT:

_____

DISTRICT COURT JUDGE