| | |
|---|---|
| **BOULDER COUNTY DISTRICT COURT, COLORADO**<br>1777 6th Street<br>Boulder, CO 80302 | DATE FILED: June 2, 2023 9:10 AM<br>FILING ID: A353034F484B0<br>CASE NUMBER: 2023CV30297 |
| **Plaintiffs:**<br><br>ERIN LINDSAY; and<br>CHRISTOPHER LINDSAY,<br><br>v.<br><br>**Defendants:**<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; and<br>GEICO INSURANCE AGENCY, LLC. | ▲ **COURT USE ONLY** ▲<br><br>Case No. 2023CV30297<br><br>Division: 2 |
| *Attorney for Defendant The Travelers Home and Marine Insurance Company:*<br><br>Name:   Evan Stephenson (#37183)<br>            Spencer Fane LLP<br>Address:   1700 Lincoln Street, Suite 2000<br>            Denver, CO 80203<br>Telephone:   (303) 839-3800<br>Facsimile:   (303) 839-3838<br>Email:   estephenson@spencerfane.com | |
| **DEFENDANT THE TRAVELERS HOME AND MARINE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** | |

Defendant The Travelers Home and Marine Insurance Company ("Travelers"), through its undersigned counsel, moves for an extension of time in which to answer or otherwise respond to Plaintiffs' complaint. In support of this motion, Travelers states as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to C.R.C.P. 121 § 1-15 ¶ 8, undersigned counsel conferred with Plaintiffs' counsel regarding the relief requested in this motion. Plaintiffs do not oppose the relief requested in this motion.

### UNOPPOSED MOTION

1. Plaintiffs filed their complaint on April 26, 2023.

2. Plaintiffs served the complaint on Travelers via its counsel on May 12, 2023, making Travelers' deadline to respond June 2, 2023. C.R.C.P. 12(a)(1).

3. Travelers seeks a 22-day extension of time within which to respond to Plaintiffs' complaint, or up to and including June 26, 2023.

4. Travelers recently retained undersigned counsel and is in the process of transmitting case information regarding the insurance claim at issue in this lawsuit. An extension of time is necessary for counsel to investigate the allegations in the complaint, review and analyze relevant documentation, investigate affirmative defenses, and to otherwise prepare an appropriate response to the complaint.

5. These circumstances present good cause for a modest extension of time. *See* C.R.C.P. 6(b).

6. Accordingly, undersigned counsel requests a 22-day extension of time, up to and including June 26, 2023, for Travelers to answer or otherwise respond to the complaint.

7. This is the first request for an extension of the responsive pleading deadline.

8. This motion has not been brought for any improper purpose.

NOTICE OF REMOVAL - EXHIBIT "L-12"

9.  Plaintiffs will not be prejudiced by the relief requested in this motion.

10. Plaintiffs' counsel has consented to the requested extension.

11. Pursuant to C.R.C.P. 121 § 1-11, undersigned counsel certifies that Travelers will receive a copy of this motion.

## CONCLUSION

WHEREFORE, Defendant The Travelers Home and Marine Insurance Company respectfully requests the Court grant a 22-day extension of time, up to and including June 26 2023 for it to answer or otherwise respond to the complaint.

Dated: June 2, 2023.                           Respectfully submitted,

*s/ Evan B. Stephenson*
Evan B. Stephenson
Spencer Fane LLP

Attorney for Defendant The Travelers Home and Marine Insurance Company

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of **DEFENDANT THE TRAVELERS HOME AND MARINE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** was filed and served via the manner indicated below this 2nd day of June, 2023 to the following:

| | |
|---|---|
| Bradley A. Levin<br>Susan S. Minamizono<br>LEVIN SITCOFF WANEKA PC<br>1512 Larimer Street, Suite 650<br>Denver, CO 80202<br>Telephone: (303) 575-9390<br>Facsimile: (303) 575-9385<br>Email:  brad@lsw-legal.com<br>         susan@lsw-legal.com<br><br>Attorneys for Plaintiffs | (  ) First Class Mail<br>(  ) Hand Delivery<br>(  ) Facsimile<br>(  ) Overnight Delivery<br>(X) Colorado Courts E-Filing<br>(  ) Email |

*s/ Tyler Kane*