**GRANTED BY COURT**
**06/02/2023**

DATE FILED: June 2, 2023 10:40 AM
CASE NUMBER: 2023CV30297

ROBERT GUNNING
District Court Judge

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 6th Street<br>Boulder, CO 80302 | |
| **Plaintiffs:**<br><br>ERIN LINDSAY; and<br>CHRISTOPHER LINDSAY,<br><br>v.<br><br>**Defendants:**<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; and<br>GEICO INSURANCE AGENCY, LLC. | ▲ **COURT USE ONLY** ▲<br><br>Case No. 2023CV30297<br><br>Division: 2 |
| **ORDER GRANTING DEFENDANT THE TRAVELERS HOME AND MARINE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** | |

This matter comes before the Court on Defendant The Travelers Home and Marine Insurance Company's ("Travelers") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint ("motion"). The Court, being fully advised and for good cause shown,

HEREBY GRANTS the motion. Travelers shall have up to and including June 26, 2023 in which to answer or otherwise respond to Plaintiffs' complaint.

DATED this ___ day of _____, 2023.

BY THE COURT:

_____
District Court Judge