| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER<br>STATE OF COLORADO<br>1777 6th Street<br>Boulder, Colorado 80302 | DATE FILED: June 2, 2023 2:35 PM<br>FILING ID: 9F49F92371301<br>CASE NUMBER: 2023CV30297 |
| **Plaintiffs:**    **ERIN LINDSAY and CHRISTOPHER LINDSAY**<br><br>v.<br><br>**Defendants:**    **THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and GEICO INSURANCE AGENCY, LLC.** | <br><br><br><br><br><br>▲COURT USE ONLY ▲ |
| *Attorneys for Defendant Geico Insurance Agency, Inc.*<br>Ryan C. Gill, Atty. Reg. No.: 37320<br>Jackson D. Beal, Atty. Reg. No.:53779<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1700 Lincoln Street, Suite 4000<br>Denver, Colorado 80203<br>Phone:    303.861.7760<br>Fax:    303.861.7767<br>Email:    Ryan.Gill@lewisbrisbois.com<br>          Jackson.Beal@lewisbrisbois.com | Case No.: 2023CV30297<br>Division: 2 |
| **NOTICE OF FILING NOTICE OF REMOVAL OF STATE ACTION TO U.S. DISTRICT COURT** | |

COMES NOW Defendant Geico Insurance Agency, LLC. ("GIA"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, and hereby files this Notice of Filing Notice of Removal of State Action to U.S. District Court as follows:

GIA filed a Notice of Removal with the United States District Court for the District of Colorado. A copy of the Notice of Removal is attached to this Notice as **Exhibit A**. Pursuant to 28. U.S.C. § 1446(d), the state court shall proceed no further unless and until this case is remanded.

1

Dated:  June 2, 2023               By:   *s/ Ryan C. Gill*
                                         Ryan C. Gill
                                         Jackson D. Beal
                                         LEWIS BRISBOIS BISGAARD & SMITH LLP
                                         1700 Lincoln Street, Suite 4000
                                         Denver, Colorado 80203
                                         303.861.7760
                                         *Attorneys for Defendant Geico Insurance Agency*

2

NOTICE OF REMOVAL - EXHIBIT "M"

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL OF STATE ACTION TO U.S. DISTRICT COURT** was filed and served to all counsel of record electronically via ICCES, the Integrated Colorado Courts E-filing System, this 2nd day of June, 2023.

Bradley A. Levin, No. 13095
Susan S. Minamizono, No. 48984
LEVIN SITCOFF WANEKA PC
1512 Larimer Street, Suite 650
Denver, CO 80202
brad@lsw-legal.com
susan@lsw-legal.com
*Attorneys for Plaintiff*

Evan Stephenson
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
estephenson@spencerfane.com

                                        *s/ Ryan C. Gill*
                                   Lewis Brisbois Bisgaard & Smith LLP