IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 23-cv-01413-NYW-STV

ERIN LINDSAY; and
CHRISTOPHER LINDSAY

    Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; and
GEICO INSURANCE AGENCY, LLC

    Defendants.

---

**UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

---

COME NOW Defendant Geico Insurance Agency, LLC ("GIA"), by and through counsel of record, Lewis Brisbois Bisgaard & Smith LLP, and hereby submits its unopposed motion for entry of stipulated protective order, as follow:

1.    The Parties, through counsel, conferred to come to an agreement on the form of a stipulated protective order. The proposed Stipulated Protective Order ("Protective Order") is filed herewith.

2.    Good cause exists for the issuance of a Protective Order with respect to confidential documents. The Parties anticipate disclosure of confidential business and personal information during this litigation. In particular, Defendant GIA's proprietary business documents require a protective order before disclosure. A protective order is requested to facilitate the exchange of confidential documents through disclosures and/or discovery.

3.     The interests of all parties are served by issuing a protective order to minimize future discovery disputes by protecting confidential information, while allowing the parties access to confidential material for use in this litigation.

WHEREFORE, the Defendant GIA respectfully requests that the Court enter the attached Stipulated Protective Order as an Order of this Court.

DATED: December 5, 2023            By:   *s/ Ryan C. Gill*
                                         Ryan C. Gill, Esq.
                                         Lewis Brisbois Bisgaard & Smith LLP
                                         1700 Lincoln St., Suite 4000
                                         Denver, CO 80203
                                         *Attorneys for Defendant Indian Harbor Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER was filed and served to all counsel of record electronically via the CM/ECF E-filing System, this 5th day of December, 2023.

      *s/ Ryan Gill*
      Lewis Brisbois Bisgaard & Smith LLP