IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-01413-NYW-STV | Date:  June 17, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| ERIN LINDSAY, and<br>CHRISTOPHER LINDSAY | Susan S. Minamizono |
| Plaintiffs, | |
| v. | |
| THE TRAVELERS HOME AND MARINE<br>INSURANCE COMPANY, and<br>GEICO INSURANCE AGENCY, LLC | Nathaniel S. Barker<br>Ryan C. Gill |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY HEARING**
**Court in session: 10:00 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court on the discovery issue related to the interrogatory submitted by Travelers to each Plaintiff, as set forth in the joint statement submitted by the parties.

Statements by the court directed to Mr. Barker.

Arguments by Mr. Barker.

For the reason stated on the record, it is:

**ORDERED:**   The interrogatory at issue is overly broad and the court will not allow the question.  The court sustains the objection to the interrogatory with leave to file something more reasonable to get the information sought.


Hearing Concluded.

**Court in recess:**   **10:06 a.m.**
Total time in court:   00:06

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.