IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01413-NYW-STV

ERIN LINDSAY; and
CHRISTOPHER LINDSAY,

       Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; and
GEICO INSURANCE AGENCY, LLC,

       Defendants.

**NOTICE OF VIDEOTAPED DEPOSITION OF STEPHANIE BROWN**

       PLEASE TAKE NOTICE that Defendant The Travelers Home and Marine Insurance Company ("Travelers"), will take the deposition of Stephanie Brown, on Friday, March 7, 2025, at 9:00 a.m. (MDT), at the offices of Spencer Fane LLP, 1700 Lincoln Street, Suite 2000, Denver, CO 80203. This deposition will be recorded by stenographic and videographic means, will be conducted before an officer authorized to administer oaths by law, and will continue from day to day until complete. The deposition will be taken for the purposes of discovery, for use as evidence in this action, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

Exhibit 2

2

| | |
|---|---|
| Dated: February 21, 2025. | Respectfully submitted, |
| | *s/ Evan Stephenson* |
| | Evan Bennett Stephenson |
| | Nathaniel Scott Barker |
| | Spencer Fane LLP |
| | 1700 Lincoln Street, Suite 2000 |
| | Denver, CO 80203 |
| | Telephone: (303) 839-3800 |
| | Facsimile: (303) 839-3838 |
| | Email: estephenson@spencerfane.com |
| | nbarker@spencerfane.com |
| | |
| | Attorney for Defendant The Travelers Home and Marine Insurance Company |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2025, I electronically served the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF STEPHANIE BROWN** to the following email addresses:

- **Ryan C. Gill**
  ryan.gill@lewisbrisbois.com, April.Knoke@lewisbrisbois.com, MN.E-Storage@lewisbrisbois.com

- **Jackson D. Beal**
  Jackson.beal@lewisbrisois.com, DEN.E-Storage@lewisbrisbois.com, Terri.O'Brien@lewisbrisbois.com

- **Bradley Aaron Levin**
  brad@lsw-legal.com, nicole@lsw-legal.com, karen@lsw-legal.com, nelson@lsw-legal.com

- **Susan S. Minamizono**
  susan@lsw-legal.com, nicole@lsw-legal.com, karen@lsw-legal.com

*s/ Marissa Hypnarowski*