IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01413-NYW-STV

ERIN LINDSAY; and
CHRISTOPHER LINDSAY,

        Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; and
GEICO INSURANCE AGENCY, LLC,

        Defendants.

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF STEPHANIE BROWN**

        PLEASE TAKE NOTICE that Defendant The Travelers Home and Marine Insurance Company ("Travelers") will take the deposition of Stephanie Brown on Tuesday, March 25, 2025, at 10:00 a.m. (MT), at the offices of Spencer Fane LLP, 1700 Lincoln Street, Suite 2000, Denver, CO 80203. This deposition will be recorded by stenographic and videographic means, will be conducted before an officer authorized to administer oaths by law, and will continue from day to day until complete. The deposition will be taken for the purposes of discovery, for use as evidence in this action, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

Exhibit 3

Dated: March 7, 2025.                                Respectfully submitted,

*s/ Evan Bennett Stephenson*
Evan Bennett Stephenson
Nathaniel Scott Barker
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838
Email:   estephenson@spencerfane.com
            nbarker@spencerfane.com

Attorney for Defendant The Travelers Home and Marine Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2025, I electronically served the foregoing **AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF STEPHANIE BROWN** to the following email addresses:

- **Ryan C. Gill**
  ryan.gill@lewisbrisbois.com, April.Knoke@lewisbrisbois.com, MN.E-Storage@lewisbrisbois.com

- **Jackson D. Beal**
  Jackson.beal@lewisbrisois.com, DEN.E-Storage@lewisbrisbois.com, Terri.O'Brien@lewisbrisbois.com

- **Bradley Aaron Levin**
  brad@lsw-legal.com, nicole@lsw-legal.com, karen@lsw-legal.com, nelson@lsw-legal.com

- **Susan S. Minamizono**
  susan@lsw-legal.com, nicole@lsw-legal.com, karen@lsw-legal.com

*s/ Marissa Hypnarowski*