**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01413-NYW-STV

ERIN LINDSAY; and
 CHRISTOPHER LINDSAY,

         Plaintiffs,

vs.

THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY; and
GEICO INSURANCE AGENCY, LLC,

         Defendants.
_____

       SCHEDULED VIDEO DEPOSITION OF STEPHANIE BROWN
                      VOLUME 2
                    May 12, 2025
_____
```

Exhibit 5

**ALDRICH REPORTING**
**(303) 225-9356**

**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

```
 1   APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFFS:
             JEREMY A. SITCOFF, ESQ.
 3           Levin Sitcoff Waneka
             455 Sherman Street, Suite 490
 4           Denver, Colorado  80203
             Phone:  303-575-9390
 5           Email:  jeremy@lsw-legal.com

 6   ON BEHALF OF THE DEFENDANT TRAVELERS HOME AND
     MARINE INSURANCE COMPANY:
 7           EVAN BENNETT STEPHENSON, ESQ.
             Spencer Fane LLP
 8           1700 Lincoln Street, Suite 2000
             Denver, Colorado  80203
 9           Phone:  303-839-3800
             Email:  estephenson@spencerfane.com
10
     ON BEHALF OF THE DEFENDANT GEICO INSURANCE AGENCY, LLC:
11           RYAN C. GILL, ESQ.
             Lewis Brisbois Bisgaard & Smith LLP
12           1700 Lincoln Street, Suite 3500
             Denver, Colorado  80203
13           Phone:  720-292-2021
             Email:  ryan.gill@lewisbrisbois.com
14
     ALSO PRESENT: Tom Rowles, Videographer
15

16

17

18

19

20

21

22

23

24

25
```

**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

```
 1            PURSUANT TO WRITTEN NOTICE and the
 2  appropriate rules of civil procedure, the scheduled video
 3  deposition of STEPHANIE BROWN, Volume 2, called for
 4  examination by the Defendant Travelers Home and Marine
 5  Insurance Company, was to be taken at Spencer Fane, LLP,
 6  1700 Lincoln Street, Suite 2000, Denver, Colorado,
 7  commencing at 12:18 p.m. on May 12, 2025, before Laurel
 8  S. Tubbs, a Registered Professional Reporter, Registered
 9  Merit Reporter, Certified Realtime Reporter, and Notary
10  Public in and for the State of Colorado.
11                            INDEX
12                                                       PAGE
      Record Made By Mr. Stephenson                         4
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

```
 1                 P R O C E E D I N G S
 2                 MR. STEPHENSON:  Why don't we go on the
 3   record then.
 4                 THE REPORTER:  I'm on.
 5                 MR. STEPHENSON:  Thank you.
 6                 We're on the record with the court
 7   reporter at Spencer Fane's Denver office.  It is Monday,
 8   May 12th, 2025.  It's currently 12:18 p.m.  I am Evan
 9   Stephenson, and I represent the defendant Travelers --
10   and, actually, fellows, do you want to just appear and
11   say who you represent real quick before I keep going?
12                 MR. GILL:  Sure.  Ryan Gill on behalf of
13   defendant GEICO Insurance Agency.
14                 MR. SITCOFF:  Jeremy Sitcoff on behalf of
15   the plaintiffs.
16                 MR. STEPHENSON:  Thank you, gentlemen.
17                 So we have appeared at noon at -- for a
18   noticed deposition of Stephanie Brown who's a third-party
19   witness who was involved in the underlying claim with the
20   plaintiffs' prepared estimates and did work for them.
21   Her work product is a subject of the lawsuit, and we
22   contend very critical to this case.
23                 We had a Volume 1 of her deposition last
24   Wednesday.  She terminated that deposition after one
25   hour, approximately, because she claimed that she was
```

**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

1  busy the rest of the day, and she provided multiple dates
2  when she could finish her deposition and -- including
3  today.  And she said that she was available for up to six
4  hours today and Saturday and Tuesday, but her story seems
5  to keep changing about those things.  So I emailed her.
6  I asked her to confer on this.  She never responded.  My
7  paralegal called her.  She said she would be filing a
8  motion to quash, but never did.  And then my paralegal
9  got ahold of her today, and she said she's not coming for
10 the deposition.
11            She was served and I believe provided with
12 a witness fee back when we originally subpoenaed her.
13 And so she just has failed to appear.  So I plan to
14 enforce this subpoena and bring whatever motions practice
15 is necessary to enforce the subpoena because she has
16 failed to appear.  And -- and we have confirmation now
17 about 20 minutes after noon and -- actually a few minutes
18 before that from my paralegal.  She's just not coming.
19 So I don't see any reason to continue waiting.
20            And that's really the record I wanted to
21 make on this transcript.
22            Jeremy or Ryan, do you -- would you like
23 to add anything for your clients?
24            MR. SITCOFF:  Nothing from the plaintiffs.
25            MR. GILL:  No.  Nothing further from

**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

```
 1  defendant GEICO.
 2              MR. STEPHENSON:  All right.  So this is
 3  Volume 2 of the deposition.  And I think that's a wrap
 4  for today.
 5              Let's go off the record.
 6                  *   *   *   *   *   *   *
 7              WHEREUPON, the foregoing scheduled video
 8  deposition of Stephanie Brown, Volume 2, was concluded at
 9  the hour of 12:21 p.m.  Total time on the record was 7
10  minutes.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

```
 1                    REPORTER'S CERTIFICATE
 2
 3
 4              I, Laurel S. Tubbs, a Registered
 5   Professional Reporter and Notary Public within the State
 6   of Colorado, certify that this scheduled video deposition
 7   was taken in shorthand by me at the time and place herein
 8   set forth and thereafter reduced to a typewritten form;
 9   that the foregoing constitutes a true and correct
10   transcript.
11              I further certify that I am not related
12   to, employed by, nor of counsel for any of the parties or
13   attorneys herein, nor otherwise interested in the result
14   of the within action.
15              My commission expires October 26, 2027.
16
                    /s/ Laurel S. Tubbs
17                  _____
                    LAUREL S. TUBBS
18                  Registered Professional Reporter
                    Registered Merit Reporter
19                  Certified Realtime Reporter
                    and Notary Public
20
21
22
23
24
25
```

**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

| A | | | | K |
|---|---|---|---|---|
| action 1:2 7:14 | 3:9, 7:19 certify 7:6 7:11 | day 5:1 defendant 2:6, 2:10 | 4:10 filing 5:7 finish 5:2 | keep 4:11 5:5 |
| add 5:23 Agency 1:8 2:10, 4:13 ahold 5:9 appear 4:10 5:13, 5:16 APPEARANCES 2:1 appeared 4:17 appropriate 3:2 approxima... 4:25 asked 5:6 attorneys 7:13 available 5:3 | changing 5:5 CHRISTOPHER 1:4 civil 1:2 3:2 claim 4:19 claimed 4:25 clients 5:23 Colorado 1:1, 2:4 2:8, 2:12 3:6, 3:10 7:6 coming 5:9 5:18 commencing 3:7 commission 7:15 Company 1:7 2:6, 3:5 concluded 6:8 confer 5:6 confirmation 5:16 constitutes 7:9 contend 4:22 continue 5:19 correct 7:9 counsel 7:12 court 1:1 4:6 critical 4:22 currently 4:8 | 3:4, 4:9 4:13, 6:1 Defendants 1:9 Denver 2:4 2:8, 2:12 3:6, 4:7 deposition 1:10, 3:3 4:18, 4:23 4:24, 5:2 5:10, 6:3 6:8, 7:6 DISTRICT 1:1, 1:1 | foregoing 6:7, 7:9 form 7:8 forth 7:8 further 5:25, 7:11 | |
| | | | **G** | **L** |
| | | | GEICO 1:8 2:10, 4:13 6:1 gentlemen 4:16 Gill 2:11 4:12, 4:12 5:25 go 4:2, 6:5 going 4:11 | Laurel 3:7 7:4, 7:16 7:17 lawsuit 4:21 Levin 2:3 Lewis 2:11 Lincoln 2:8 2:12, 3:6 LINDSAY 1:3 1:4 LLC 1:8 2:10 LLP 2:7 2:11, 3:5 |
| **B** | | **E** | | |
| back 5:12 behalf 2:2 2:6, 2:10 4:12, 4:14 believe 5:11 BENNETT 2:7 Bisgaard 2:11 bring 5:14 Brisbois 2:11 Brown 1:10 3:3, 4:18 6:8 busy 5:1 | | Email 2:5 2:9, 2:13 emailed 5:5 employed 7:12 enforce 5:14, 5:15 ERIN 1:3 ESQ 2:2 2:7, 2:11 estephens... 2:9 estimates 4:20 Evan 2:7 4:8 examination 3:4 expires 7:15 | | |
| | | | **H** | **M** |
| | | | Home 1:7 2:6, 3:4 hour 4:25 6:9 hours 5:4 | Marine 1:7 2:6, 3:4 Merit 3:9 7:18 minutes 5:17, 5:17 6:10 Monday 4:7 motion 5:8 motions 5:14 multiple 5:1 |
| | | | **I** | |
| | | | including 5:2 INDEX 3:11 Insurance 1:7, 1:8 2:6, 2:10 3:5, 4:13 interested 7:13 involved 4:19 | |
| **C** | | **F** | | **N** |
| called 3:3 5:7 case 4:22 CERTIFICATE 7:1 Certified | | failed 5:13 5:16 Fane 2:7 3:5 Fane's 4:7 fee 5:12 fellows | | necessary 5:15 never 5:6 5:8 noon 4:17 5:17 Notary 3:9 7:5, 7:19 NOTICE 3:1 noticed |
| | **D** | | **J** | |
| | dates 5:1 | | Jeremy 2:2 4:14, 5:22 jeremy@ls... 2:5 | |

ALDRICH REPORTING
(303) 225-9356

```
   4:18          quick 4:11     set 7:8        today 5:3            1
                                Sherman 2:3     5:4, 5:9
      O             R           shorthand      6:4            1 4:23
                                  7:7          Tom 2:14       12 1:11
October         real 4:11       Sitcoff 2:2    Total 6:9        3:7
  7:15          really 5:20      2:3, 4:14     transcript     12:18 3:7
office 4:7      Realtime         4:14, 5:24     5:21, 7:10      4:8
originally       3:9, 7:19      six 5:3        Travelers      12:21 6:9
  5:12          reason 5:19     Smith 2:11      1:7, 2:6      12th 4:8
                record 3:12     Spencer 2:7     3:4, 4:9      1700 2:8
      P          4:3, 4:6        3:5, 4:7      true 7:9        2:12, 3:6
                 5:20, 6:5      State 3:10     Tubbs 3:8
p.m 3:7          6:9             7:5            7:4, 7:16           2
 4:8, 6:9       reduced 7:8     STATES 1:1      7:17
PAGE 3:12       Registered      Stephanie      Tuesday 5:4    2 1:11, 3:3
paralegal        3:8, 3:8        1:10, 3:3     typewritten     6:3, 6:8
 5:7, 5:8        7:4, 7:18       4:18, 6:8      7:8           20 5:17
 5:18            7:18           Stephenson                    2000 2:8
parties         related          2:7, 3:12          U          3:6
 7:12            7:11            4:2, 4:5                     2025 1:11
Phone 2:4       reporter         4:9, 4:16     underlying      3:7, 4:8
 2:9, 2:13       3:8, 3:9        6:2            4:19          2027 7:15
place 7:7        3:9, 4:4       story 5:4      UNITED 1:1     23-cv-014...
plaintiffs       4:7, 7:5       Street 2:3                     1:2
 1:5, 2:2        7:18, 7:18      2:8, 2:12          V         26 7:15
 4:15, 4:20      7:19            3:6
 5:24           REPORTER'S      subject        video 1:10           3
plan 5:13        7:1             4:21           3:2, 6:7
practice        represent       subpoena        7:6           303-575-9390
 5:14            4:9, 4:11       5:14, 5:15    Videographer    2:4
prepared        responded       subpoenaed      2:14          303-839-3800
 4:20            5:6             5:12          Volume 1:11     2:9
PRESENT         rest 5:1        Suite 2:3      3:3, 4:23      3500 2:12
 2:14           result 7:13      2:8, 2:12      6:3, 6:8
procedure       right 6:2        3:6           vs 1:6              4
 3:2            Rowles 2:14     Sure 4:12
product         rules 3:2                            W        4 3:12
 4:21           Ryan 2:11             T                       455 2:3
Professional     4:12, 5:22                    waiting        490 2:3
 3:8, 7:5       ryan.gill...    taken 3:5       5:19
 7:18            2:13            7:7           Waneka 2:3           7
provided                        terminated     want 4:10
 5:1, 5:11            S          4:24          wanted 5:20    7 6:9
Public 3:10                     Thank 4:5      Wednesday      720-292-2021
 7:5, 7:19      Saturday         4:16           4:24           2:13
PURSUANT         5:4            things 5:5     witness
 3:1            scheduled       think 6:3       4:19, 5:12          8
                 1:10, 3:2      third-party    work 4:20
                 6:7, 7:6        4:18           4:21          80203 2:4
      Q         see 5:19        time 6:9       wrap 6:3        2:8, 2:12
                served 5:11      7:7           WRITTEN 3:1
quash 5:8
```

ALDRICH REPORTING
(303) 225-9356

**STEPHANIE BROWN - VOLUME 2 - May 12, 2025**

| / | | | | |
|---|---|---|---|---|
| **/s/** 7:16 | | | | |