IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-01413-NYW-STV | Date:   May 28, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| ERIN LINDSAY and<br>CHRISTOPHER LINDSAY, | Susan S. Minamizono |
| Plaintiffs, | |
| v. | |
| THE TRAVELERS HOME AND MARINE<br>INSURANCE COMPANY and<br>GEICO INSURANCE AGENCY, LLC, | Nathaniel S. Barker<br>Evan Bennett Stephenson<br>Ryan Gill (by telephone) |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in session:**     **2:32 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding the Motion to Enforce Deposition Subpoena [ECF Doc. No 106, filed on 5/14/2025] and Motion to Amend Scheduling Order [ECF Doc. No 109, filed on 5/14/2025] (the "Motions").

For the reasons stated on the record, it is:

**ORDERED:**   Defendant's Motion [ECF Doc. No 106] is **GRANTED in part and DENIED in part**. Stephanie Brown shall appear at the deposition hearing on or before **June 18, 2025**. <u>Failure to appear at the deposition will result in an Order to Show Cause as to why Stephanie Brown shouldn't be held in contempt</u>. The Court denies the request for Stephanie Brown to pay the attorney fees and costs at this time.

Defendant's Motion [ECF Doc. No 109] is **GRANTED in part and DENIED in part**. The Court grants the request to extend the deadlines but denies the proposed dates.

The following dates in the Scheduling Order are amended:
Affirmative Expert Disclosures: **June 25, 2025**
Rebuttal Expert Disclosures: **July 28, 2025**
Expert and Fact Discovery Cutoff: **August 29, 2025**
Dispositive Motions: **September 26, 2025**

HEARING CONCLUDED.

**Court in recess:**     2:47 p.m.
Total time in court:    00:15

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.