**JUSTIN WOOD - March 25, 2024**

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
```

Civil Action No. 23-cv-01413-NYW-STV
_____

```
              VIDEOTAPE DEPOSITION OF:
             JUSTIN WOOD - March 25, 2024
```
_____

ERIN LINDSAY and CHRISTOPHER LINDSAY,

Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; and GEICO INSURANCE AGENCY, LLC,

Defendants.
_____

        PURSUANT TO NOTICE AND SUBPOENA, the videotape deposition of JUSTIN WOOD was taken on behalf of the Defendant The Travelers Home and Marine Insurance Company at 1700 Lincoln Street, Suite 2000, Denver, Colorado 80203, on March 25, 2024, at 9:27 a.m., before Carin C. Geist, Registered Diplomate Reporter and Notary Public within Colorado.

**EXHIBIT 3**

**ALDRICH REPORTING**
**(303) 225-9356**

JUSTIN WOOD - March 25, 2024

Page 74

1  Q. And the invoice is sent out after the
2 work is done, correct?
3  A. Correct.
4  Q. As of April 22, 2022, the
5 debris-removal work was completed, correct?
6  A. Correct.
7  Q. And Wood Brothers did all the
8 debris-removal work itself or through others that it
9 was working with, correct?
10  A. Through others. We contracted others
11 out.
12  Q. The point is, there was no separate
13 debris-removal company that you weren't involved
14 with that was somehow doing this work, correct?
15  A. Correct.
16  Q. Okay. So Exhibit 38 is an invoice for
17 all the debris-removal work, correct?
18  A. Correct.
19  Q. Do you know when the Lindsays paid the
20 $31,000 invoice that is Exhibit 38, page LINDSAY
21 12535?
22  A. I would say within ten days. I mean,
23 that's typically what we ask for. I don't know that
24 to be the case, but . . .
25  Q. Okay. Can you describe -- well,

Page 75

1 actually, strike that. Before I ask that, you
2 mentioned that some other subcontractors or other
3 workers were involved. Did I hear that right?
4  A. So after we get through the process on
5 a lot of these debris removals, not necessarily just
6 the Lindsays' house, but on a lot of them, we didn't
7 do the majority of the debris removal. FEMA did.
8 And there was a lot of material left, like caissons,
9 because you don't have to go down as deep to take
10 out all these piers and helical piers that are in
11 the ground on a lot of these homes. So you don't
12 know that until you get into the excavation of a
13 project.
14       And they also didn't require to demo
15 the whole site. They just wanted all the ash away
16 from the site. So there could have been debris left
17 for someone else to take on if they didn't use us.
18 We tried to put that into our build as we were going
19 forward if we knew, because we knew that a lot of
20 these houses were going to have caissons that
21 weren't taken out because they're 30 feet deep into
22 the ground.
23       So that's what I meant by that, is
24 there is other work to be done after the debris
25 removal. Sprinkler systems would still remain. The

Page 76

1 tree shrubs would still be in the ground, or the
2 roots. Retaining walls could still be there.
3  Q. Did the Lindsays have a retaining wall
4 already on their lot before you started building?
5  A. I would think they do. And it still
6 might be there. I don't know. Because they do have
7 a walkout, so I would think that they would have a
8 retaining wall, but off the top of my head, I can't
9 recall if they have one or not.
10  Q. So you're kind of going off on a little
11 bit of a tangent there about other work.
12  A. Yeah.
13  Q. But to be clear, the debris removal was
14 done no later than April 22, 2022, the actual debris
15 removal, correct?
16  A. Correct.
17  Q. And you mentioned there were other
18 people or other subcontractors involved. Do you
19 remember that?
20  A. There wouldn't be other ones involved
21 until we get going.
22  Q. So did employees of Wood Brothers do
23 the debris removal?
24  A. No.
25  Q. Who did the actual debris removal?

Page 77

1  A. I don't know who it would have been.
2 Maybe Gorilla Demo one of the companies we used to
3 do demos.
4  Q. Do you mark up the cost of the debris
5 removal?
6  A. Yes.
7  Q. How much?
8  A. I'd have to look. Not very much.
9  Q. What's your practice?
10  A. On this one, I probably lost money.
11  Q. Really?
12  A. I'm sure.
13  Q. Okay. Do you know what the debris-
14 removal subcontractor actually did?
15  A. They take all the debris away, and then
16 they try to take 10 to -- well, they take 12 inches
17 of soil, but just in the debris area. So everything
18 on the outskirts is still untouched, which would be
19 a lot of trees, retaining walls.
20       They take out all the -- the debris
21 that's left, the foundation; but, again, they'll
22 leave a lot of caissons. And in their case, I think
23 they had helical piers that were not taken out at
24 that point in time.
25  Q. Okay. You're -- I'll ask a more