## Declaration of Christopher Daniel Vels

I, **Christopher Daniel Vels**, declare as follows:

1. I am over the age of 18, of sound mind, and competent to testify to the matters set forth herein. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I have worked in the insurance industry for approximately nineteen (19) years, holding the following positions:

    - **2006 – 2007**: Progressive Insurance – Claims Generalist
    - **2008 – 2009**: Progressive Insurance – SIU Field Investigator
    - **2009 – 2012**: Travelers Insurance – SIU Field Investigator
    - **2012 – 2017**: Progressive Insurance – Major Case SIU Investigator
    - **2017 – 2022**: Progressive Insurance – Senior SIU Investigator
    - **2022 – 2024**: Progressive Insurance – Corporate Examiner II / Internal Investigations / SIU
    - **2025 – Present**: Aspire General Insurance – SIU Specialist

3. In 2015, I recommended **Travelers Insurance** to Christopher Lindsay based on my professional experience and opinion that Travelers was a superior carrier at that time. Travelers had a strong reputation for customer service, reliable claims handling, and overall value, which I believed would provide Mr. Lindsay with the best protection and peace of mind.

4. I currently reside at **1061 E. Mead Dr., Chandler, Arizona 85249**.

5. Based on my many years as a fraud investigator for different companies, when fraud is suspected on a claim, it usually starts with the adjuster noticing something that doesn't quite line up. Maybe the insured's story changes, the damage doesn't match what was reported, or there's a pattern of prior losses. These inconsistencies are documented as fraud indicators and, if they're significant enough, the file is immediately referred over to the Special Investigations Unit (SIU).

**EXHIBIT 11**                    LINDSAY019404

- Once SIU receives the referral, the investigator does a quick review of the file, policy, and any supporting documents. This initial check helps determine whether the concern is worth pursuing. If nothing looks suspicious after that review, the claim is simply returned to the adjuster for standard handling. But if the red flags hold up, the claim moves into a full SIU investigation.

- Throughout the process, SIU stays in close contact with claims, underwriting, and sometimes legal. If they find credible signs of misrepresentation or intentional fraud, they are required to report it to the National Insurance Crime Bureau, the state Department of Insurance, or even local law enforcement. In many states, insurers are obligated to report suspected fraud — not just proven cases — so that regulators and authorities can decide whether to open their own investigation.

- How the claim wraps up depends on the findings. If fraud isn't substantiated, the claim is processed and paid as normal. If only parts of the story don't check out, the claim may be adjusted down to reflect the verified damages. And if fraud is confirmed, the insurer may deny coverage altogether, stop payments, attempt recovery, and in some cases, support prosecution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this **18th day of September 2025.**

_____

Christopher Daniel Vels

LINDSAY019405