# TRAVELERS

## Statement of Loss

| DATE | March 22, 2023 |
|---|---|

| Insured: | Erin & Christopher Lindsay | Claim Number: | IRX8418 |
|---|---|---|---|
| Insured Address: | 826 Trail Ridge Drive, Louisville, CO 80027 | Claim Professional: | Peter Van Riper |
| Policy Number: | 994039763-633-1 | Date of Loss: | 12/31/2021 |
| Insuring Company: | The Travelers Home and Marine Insurance Company | Date Notice Received | 12/31/2021 |

| | Dwelling (w/ARC, if applicable) | Ordinance and Law, if applicable | Trees, if applicable | Debris Removal, if applicable | Other Structures | Personal Property | Contents Debris | Additional Expense / Loss of Rent | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Limit | $ 1,282,384.43 | $ 128,238.44 | $ 64,119.22 | $ 64,119.22 | $ 128,237.92 | $ 897,693.88 | $ 44,884.69 | $ 200,000.00 | $ 2,809,677.80 |
| Policy Deductible | $ 115.63 | $ - | $ - | | $ 884.37 | | $ - | $ - | $ 1,000.00 |
| Replacement Cost Value (from pages 3 and 4) | $ 1,330,932.51 | $ - | $ 34,293.53 | $ 60,051.84 | $ 188,789.59 | $ 538,617.00 | $ - | $ 177,587.75 | $ 2,330,272.22 |
| Less: Loss in Excess of Limit / Special Limit ** | $ - | $ - | $ - | $ - | $ 884.37 | $ - | $ - | $ - | $ 884.37 |
| Less: Recoverable Deprec. / Withholding (from pages 3 and 4) | $ 385,840.85 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 385,840.85 |
| Less: Non Recoverable Deprec. / Withholding (from pages 3 and 4) | $ - | $ - | $ - | $ - | $ 59,667.30 | $ - | $ - | $ - | $ 59,667.30 |
| ACV Loss or Limit | $ 945,091.66 | $ - | $ 34,293.53 | $ 60,051.84 | $ 128,237.92 | $ 538,617.00 | $ - | $ 177,587.75 | $ 1,883,879.70 |
| Less: Deductible | $ 115.63 | $ - | $ - | $ - | $ 0.00 | $ - | $ - | $ - | $ 115.63 |
| Less: Prior Payment(s) (from Page 2) | $ 944,976.03 | $ - | $ 34,293.53 | $ 60,051.84 | $ 128,237.92 | $ 538,617.00 | $ - | $ 96,609.91 | $ 1,802,786.23 |
| Released Recoverable Deprec. / Withholding | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - |
| Payment Due | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 80,977.84 | $ 80,977.84 |

Exhibit 2

TRAVELERS_001909

**TRAVELERS** — # Statement of Loss - Page 2

| Payments Per Coverage Type (Date) | Dwelling (w/ARC, if applicable) | Ordinance and Law, if applicable | Trees, if applicable | Debris Removal, if applicable | Other Structures | Personal Property | Contents Debris | Additional Expense / Loss of Rent | Total Payment |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2021 | | | | | | $ 10,000.00 | | | $ 10,000.00 |
| 1/12/2022 | $ 452,619.00 | | | | | | | | $ 452,619.00 |
| 1/11/2022 | | | | | | $ 500.00 | | | $ 500.00 |
| 1/12/2022 | | | | | | $ 108,313.00 | | | $ 108,313.00 |
| 2/2/2022 | $ 113,153.75 | | $ 28,288.64 | | $ 56,577.28 | | | | $ 198,019.67 |
| 2/15/2022 | | | | | | | | $ 88,741.77 | $ 88,741.77 |
| 3/8/2022 | | | | | | $ 118,812.00 | | | $ 118,812.00 |
| 3/14/2022 | $ 21,444.50 | | $ 1,072.22 | | $ 2,144.45 | $ 9,007.00 | | | $ 33,668.17 |
| 3/29/2022 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,868.14 | $ 7,868.14 |
| 4/7/2022 | $ 232,211.81 | $ - | $ 1,628.11 | $ - | $ 38,298.06 | $ - | $ - | $ - | $ 272,137.98 |
| 4/13/2022 | $ - | $ - | $ - | $ - | $ - | $ 291,985.00 | $ - | $ - | $ 291,985.00 |
| 6/3/2022 | $ 41,915.08 | $ - | $ 3,304.56 | $ 53,760.00 | $ 1,292.02 | $ - | $ - | $ - | $ 100,271.66 |
| 10/26/2022 | $ 46,180.03 | $ - | $ - | $ 6,291.84 | $ 9,953.24 | $ - | $ - | $ - | $ 62,425.11 |
| 2/1/2023 | $ 37,451.86 | $ - | $ - | $ - | $ 19,972.87 | $ - | $ - | $ - | $ 57,424.73 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Payments** | $ 944,976.03 | $ - | $ 34,293.53 | $ 60,051.84 | $ 128,237.92 | $ 538,617.00 | $ - | $ 96,609.91 | $ 1,802,786.23 |

TRAVELERS_001908

**TRAVELERS** | Statement of Loss - Page 3

### Dwelling (w/ARC, if applicable)

| Allowance Description | Replacement Cost Value | Recoverable Depreciation | Non-Recoverable Depreciation | Actual Cash Value |
|---|---|---|---|---|
| Xactimate Estimate | $1,330,932.51 | $        385,840.85 | $            - | $        945,091.66 |
|  |  | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
| **Total Allowances** | $   1,330,932.51 | $        385,840.85 | $            - | $        945,091.66 |

### Ordinance and Law, if applicable

| Allowance Description | Replacement Cost Value | Amount withheld until incurred | N/A | Actual Cash Value |
|---|---|---|---|---|
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
| **Total Allowances** | $            - | $            - | $            - | $            - |

### Trees, if applicable

| Allowance Description | Replacement Cost Value | Recoverable Depreciation | Non-Recoverable Depreciation | Actual Cash Value |
|---|---|---|---|---|
| Xactimate Estimate | $        34,293.53 | $            - | $            - | $        34,293.53 |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
| **Total Allowances** | $        34,293.53 | $            - | $            - | $        34,293.53 |

### Debris Removal, if applicable

| Allowance Description | Replacement Cost Value | Recoverable Depreciation | Non-Recoverable Depreciation | Actual Cash Value |
|---|---|---|---|---|
| Xactimate Estimate | $        60,051.84 | $            - | $            - | $        60,051.84 |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
| **Total Allowances** | $        60,051.84 | $            - | $            - | $        60,051.84 |

**TRAVELERS** | Statement of Loss - Page 4

### Other Structures

| Allowance Description | Replacement Cost Value | Recoverable Depreciation | Non-Recoverable Depreciation | Actual Cash Value |
|---|---|---|---|---|
| Xactimate Estimate | $        188,789.59 |  | $        59,667.30 | $        129,122.29 |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
| **Total Allowances** | $        188,789.59 | $            - | $        59,667.30 | $        129,122.29 |

### Personal Property

| Allowance Description | Replacement Cost Value | Recoverable Depreciation | Non-Recoverable Depreciation | Actual Cash Value |
|---|---|---|---|---|
| Contents Advance | $        538,617.00 |  |  | $        538,617.00 |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
| **Total Allowances** | $        538,617.00 | $            - | $            - | $        538,617.00 |

### Contents Debris

| Allowance Description | Replacement Cost Value | Recoverable Depreciation | Non-Recoverable Depreciation | Actual Cash Value |
|---|---|---|---|---|
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
| **Total Allowances** | $            - | $            - | $            - | $            - |

### Additional Expense / Loss of Rent

| Allowance Description | Actual Incurred cost | N/A | Less Normal Living Cost | Additional Incurred Expense |
|---|---|---|---|---|
| ALE Worksheet | $        177,587.75 |  |  | $        177,587.75 |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
|  | $            - | $            - | $            - | $            - |
| **Total Allowances** | $        177,587.75 | $            - | $            - | $        177,587.75 |

TRAVELERS_001907