**ERIN LINDSAY - September 05, 2024**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01413-NYW-STV
_____

VIDEOTAPE DEPOSITION OF:
ERIN LINDSAY - September 5, 2024
_____

ERIN LINDSAY and CHRISTOPHER LINDSAY,

Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; and GEICO INSURANCE AGENCY, LLC,

Defendants.
_____

　　　　　　PURSUANT TO NOTICE, the videotape deposition of ERIN LINDSAY was taken on behalf of the Defendant The Travelers Home and Marine Insurance Company at 1200 28th Street, Suite 302, Boulder, Colorado 80303, on September 5, 2024, at 9:02 a.m., before Carin C. Geist, Registered Diplomate Reporter and Notary Public within Colorado.

EXHIBIT 4

**ERIN LINDSAY - September 05, 2024**

1  matter what it costs to rebuild the exact house that
2  you lost.  Whatever that ends up being, the
3  insurance company will pay for.
4         Q.   Okay.  All right.  And let's talk a bit
5  about when you purchased the subject policy, this
6  policy.  You understood that you were buying a
7  policy that did have a limit of dwelling insurance,
8  correct?
9         A.   That was my understanding, correct.
10        Q.   And you knew what the limit of
11 insurance was, the dwelling limit, at the time that
12 you purchased the policy in 2015, correct?
13        A.   I think so, correct.
14        Q.   And you knew what that limit of
15 insurance was each time you renewed from 2015 up
16 until you stopped insuring with Travelers, correct?
17        A.   At the time, yes.
18        Q.   All right.  And you accepted that
19 policy, the subject policy, correct?
20             MS. MINAMIZONO:  Objection.  Form.
21        A.   Could you rephrase the question,
22 please?
23        Q.   (BY MR. STEPHENSON)  Yeah.  You
24 accepted the policy.  You paid the premiums.  You
25 accepted the policy, correct?

**ERIN LINDSAY - September 05, 2024**

1  is a mistake.  You know, you guys put the wrong
2  number on here than what I bought."  Every once in a
3  while you run into a case like that.  Do you
4  understand the situation I'm describing?
5       A.   I think so.
6       Q.   So this is not that situation.  This is
7  not a situation where you thought you were buying
8  certain limits, and then the policy showed up and
9  had different limits than you thought you were
10 buying, correct?
11      A.   I did not think I had a different
12 dollar value than what was on the policy.
13      Q.   Got it.  That's what I was asking.
14      A.   Yeah, it matched.
15      Q.   Right.  There was no mistake about what
16 the policy says, correct?
17           MS. MINAMIZONO:  Objection.  Form.
18      A.   How do you mean?
19      Q.   (BY MR. STEPHENSON)  Just what I was
20 describing just now.  A mistake about what the
21 policy says is where someone says, I bought a policy
22 with X dollar limits and, you know, you made a
23 mistake in what the policy says.  You put the wrong
24 number on the policy.
25      A.   Yeah.

**ERIN LINDSAY - September 05, 2024**

```
1            Q.   Does that make sense?  Here, there's no
2   mistake about what the policy says, correct?
3            A.   If we're talking about just the
4   Coverage A limits, then yes, I don't think there was
5   a mistake in my understanding of that.
6            Q.   Okay.  All right.  And you had a
7   mortgage company at the time that you purchased this
8   policy, right?
9            A.   Yeah.
10           Q.   And, of course, the mortgage company, I
11  think, actually ended up paying the premiums through
12  your escrow account; is that right?
13           A.   I believe -- wait.  Are we talking
14  about at the time of purchase?
15           Q.   Yeah.
16           A.   Okay.  It's been a while.  I remember
17  that starting up, there was something a little bit
18  different about how it works, as opposed to once
19  you're established in the loan.  You're just paying
20  your mortgage.  Is that -- is that what you were
21  asking?
22           Q.   Yeah.  So some people when they pay
23  their monthly mortgage bill, it includes money for
24  insurance.
25           A.   Oh, I see.
```

**ERIN LINDSAY - September 05, 2024**

```
 1                  (Deponent reviewed the document.)
 2          Q.   And I'm asking about --
 3          A.   I'm just familiarizing myself --
 4          Q.   Yeah, I'm asking about -- I use the
 5   e-mail just to identify the call, but I'm really
 6   asking for your memory.  Do you have any independent
 7   recollection what was said on the call with Jenifer
 8   Ruggiero on March 23, 2022?
 9          A.   That's why I was acquainting myself
10   with this.  I believe there was more than one call.
11          Q.   Yeah.
12          A.   I just want to make sure --
13          Q.   There's another e-mail, and I'm going
14   to get to that one, but I want to take them one at a
15   time.
16          A.   I just want to make sure I'm on the
17   same page.
18          Q.   Got it.
19                  (Deponent reviewed the document.)
20          A.   Yes.
21          Q.   And what are you saying yes to?
22          A.   I do remember some specifics from that
23   call.
24          Q.   Okay.  Are there any exact words or
25   phrases that you can quote verbatim spoken by
```

**ERIN LINDSAY - September 05, 2024**

1  Jenifer Ruggiero on the March 23, 2022 call with
2  Jenifer Ruggiero?
3       A.   As I recall, Chris asked something to
4  the effect of what the possible outcomes would be
5  from the investigation into our DOI complaint.
6  Excuse me.  All right.  I guess the investigation
7  that we were talking about, the issue that we
8  mentioned in our DOI complaint.  And she said, I
9  believe it was either they will determine that your
10 limits were set correctly, in which case there would
11 be no change, or you would be made whole.
12      Q.   Do you have an independent memory of
13 Jenifer Ruggiero using the exact phrase "made
14 whole"?
15      A.   Yes.
16      Q.   Okay.  How certain are you of that?
17      A.   I'm certain.
18      Q.   Okay.  What do you think that phrase
19 means?
20      A.   I think that phrase means that we would
21 become fully covered for everything we lost.
22      Q.   Okay.  Without limit, correct?
23           MS. MINAMIZONO:  Object to form.
24      A.   I'm not quite sure I understand what
25 you mean, "Without limit."  Could you elaborate,