

May 14, 2024

Susan Minamizono
Levin, Sitcoff, Waneka
455 Sherman St., Suite 490
Denver, CO. 80203
susan@lsw-legal.com

| | |
|---|---|
| Claim #: | 224039.00 |
| Insured: | Chris and Erin Lindsay |
| Property: | 826 Trail Ridge Road, Louisville, CO 80027 |
| Subject: | Rebuild Cost Opinion |

Dear Ms. Minamizono:

**Introduction**

On February 2, 2024, Charles Taylor Engineering and Technical Services (CTETS) was requested to provide a cost opinion to rebuild the Lindsay Residence destroyed by the Marshall Fire. The demolished residence was formerly located at 826 Trail Ridge Road, Louisville, Colorado 80027.



The Lindsay Residence was destroyed by the Marshall Fire on December 30, 2021.

EXHIBIT 4

Charles Taylor Engineering Technical Services
5926 McIntyre Street
Golden, Colorado 80403

EXHIBIT 6

**Purpose and Scope**

Levin, Sitcoff, Waneka requested CTETS to:

- Provide an Opinion on what was needed to rebuild the Lindsay Residence back to what was in place just prior to the Marshall Fire event.

- Draft a comprehensive, fair, and reasonable rebuild cost opinion estimate.

**Background Information**

The Lindsay Residence is listed on Zillow as a 4,072 Square Foot, 4 bedrooms, 3.5 bath, two-story, wood-framed structure with a walkout basement and three-car garage (one two-car and one single-car garage). The house was constructed on caissons and concrete walls stepped to the back of the house. According to information recorded by the Boulder County Assessor office, the Lindsay Residence was built in 1991 and purchased by the Lindsays in 2015.

The residence was described in the public remarks on the Zillow information page in the "*About This Home*" section of the real estate listing as *"Stunning One of a Kind Custom Home."* CTETS was informed this home was part of the builders' three custom home "Architect Showcase."

**Rebuilding Information Obtained**

CTETS obtained information through the following means:

- Public information from the City of Louisville's website pertaining to the Marshall Fire.

- City of Louisville's and Boulder County's Public Records.

- Calls to and conversations with the Building Officials at Louisville Building Department.

- Receipt of all building permits records, including the original build documents from Elizabeth Schettler, at the Louisville Community Development Department.

- Exterior and interior photo documentation found online in Real Estate information shown on Zillow.

- Aerial views provided by Eagle View Roof, Walls, Windows, and Doors Report.

- Photos found on Google Maps and Google Earth.

- Homeowner provided photographs and explanations of finishes with photo documentation.

- Information obtained from Interviews with the homeowners.

- Discussions of finishes and photos provided by the insured.

**Basis of the CTETS cost opinion**

The CTETS rebuild cost opinion estimate was prepared using the following:

- Xactimate, May 2024 price list for Boulder, Colorado. Published as COBO8X_May 24 and current as of the date this report.

- Information discovered for work performed prior to this loss from four other Marshall Fire claims.

- Experience gained from other three other Marshal Fire complete rebuilds estimated.

- Discussions of finishes and photos provided by the insured.

**Cost to Rebuild**

The cost opinion to rebuild the structure to its pre-loss condition prior to The Marshall Fire was calculated based on Xactimate database pricing and information obtained from other claims pertaining to the constantly changing costs of labor and materials. It was well known at the time that Colorado is still feeling the effects from the Covid-19 pandemic and the supply chain issues. These issues have drastically affected the cost and availability of materials, as has the shortage of qualified labor in Colorado, which has escalated labor costs.

The estimate of costs provided by CTETS have been supported by replicated drawings of the original house, which was created in the Xactimate sketch program, with floor plans, 3d views, and roof drawings created in Xactimate sketch using information obtained from the EagleView report. The City of Louisville, Colorado has made concessions to the victims of the Marshall Fire and is allowing them to rebuild to the 2018 building codes. The current 2024 building codes the city requires for new homes would have run the cost to rebuild much higher.

According to the homeowner's insurance policy, coverage for landscaping is 5-percent of the cost to rebuild the structure. CTETS has provided an opinion about the landscaping cost based on the policy language. The cost for personal items has not been addressed. These items would be better addressed by submitting a list of personal items to a company like Enservio that deals directly with personal items.

| Rebuild Cost Opinion | Lindsay @ 826 Trail Ridge Road |
|---|---|

**Closure**

Documents obtained and photographs taken during our work, which are not included in this letter, are retained in our files and are available to you upon request.

This letter is for the exclusive use of our client and is not intended for any other purpose. Our letter is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

Thank you for allowing us to provide this service. If you have any questions or need additional assistance, please call.

Sincerely,
Charles Taylor Engineering and Technical Services

Steve C. Neyers
Principal Consultant, Building Consulting

Technical Review by:

Darwin L. Cooprider
Practice Leader, Building and Construction

SCN:DLC:mb

Attachments:    Attachment A, Charles Taylor Engineering and Technical Services Rebuild Cost Opinion
Attachment B, Charles Taylor Engineering and Technical Services Charles Taylor Sketches
Attachment C, Charles Taylor Engineering and Technical Services Photo Sheet
Attachment D, Supporting Documentation