

# CASE NO. 1:23-CV-01413-NYW-STV

# ERIN LINDSAY AND CHRISTOPHER LINDSAY

# V.

# THE TRAVELERS HOME AND MARINE INSURANCE COMPANY AND

# GEICO INSURANCE AGENCY, LLC,

# DEPOSITION OF:

# JENIFER RUGGIERO

# DATE:

# July 24, 2024



(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

EXHIBIT 7

1  Q.  What department is -- are you in, or what
2  group are you in?
3  A.  So I'm part of operational effectiveness, and
4  then my team specifically is personal insurance customer
5  advocacy.
6  Q.  Are there others who do your work?
7  A.  There are.  There are five others.
8  Q.  And they all handle all complaints nationwide?
9  A.  Nationwide, yes.
10  Q.  And do you handle just property claims, or do
11  you handle other lines of insurance?
12  A.  Yes, I do handle other lines of insurance.
13  Q.  What do they include?
14  A.  Automobile, personal liability, personal
15  articles, and then homeowners, and with renters and
16  landlord alike.
17  Q.  Okay.  Since roughly 2020, how many complaints
18  have you handled that were filed in Colorado?
19  A.  Probably around a handful.  I couldn't say the
20  number for sure, but I know that it's definitely, you
21  know, less than ten.
22  Q.  Do you speak to your other colleagues in your
23  same group, who do the same work that you do, just to
24  round table certain issues, or are you pretty much on
25  your own when it comes to responding to complaints?



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1   A.   If I potentially needed additional
2   information, or if they called.  We respond the same way
3   that they filed their complaint.  So if he -- if
4   somebody called, I would call.  If they write in, I
5   respond via writing.
6   Q.   Okay.  And then as part of your investigation,
7   you mentioned that you do sometimes communicate with
8   underwriting, sometimes even with legal.  Are there
9   other entities, individuals that you may communicate
10  with outside of Travelers?
11  A.   No, not outside of Travelers.
12  Q.   So it's all internal?
13  A.   It is.
14  Q.   Okay.  Do you ever communicate with the claims
15  department?
16  A.   Our correspondence is more so just letting
17  each other know if there's an underwriting concern that
18  claims has, or claims has something underwriting has, or
19  if we need clarification from each other, but we -- we
20  don't speak to each other's.  We're very separate when
21  it comes to that.
22  Q.   Okay. Sorry, I'm hearing somebody.  I wasn't
23  sure if that was an objection or -- okay.  All right.
24  Under what circumstances would you tell a policy holder
25  that their policy limits could be increased?

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        A.   I wouldn't make a promise of that.  We would
 2   need all the information, and it would need to be
 3   reviewed by the appropriate individuals.
 4        Q.   Are there any specific Travelers guidelines
 5   that you follow, if you were to make this type of
 6   representation?
 7        A.   That, I can't speak to, because I don't make
 8   those decisions, so I don't know what goes into that.
 9        Q.   Okay.  So you don't have authority to make
10   this type of representation to a policy holder?
11        A.   I do not.
12        Q.   Do you have an understanding of Travelers'
13   guidelines with respect to increasing policy limits
14   after a loss?
15        A.   I don't know what goes into that, no.
16        Q.   Are there folks in underwriting that you would
17   speak to, who would know?
18        A.   I would have to consult with underwriting to
19   understand.  They would make the decision and
20   communicate it to me, but I -- I don't have any
21   knowledge of that, or any say, I would say, that it's
22   all -- it's totally up to them.
23        Q.   All right.  When were you involved with the
24   Lindsays' complaint?
25        A.   I believe it was back in early 2022 is when I
```



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com