| Complaint ID | Complainant | Type of Insurance | Complaint Created Date | Name of Insured |
|---|---|---|---|---|
| 278507 | Lindsay, Christopher | Homeowners | 01-18-2022 | Lindsay, Christopher |

## Complainant Information

**Name**
| | |
|---|---|
| Prefix (such as: Mr, Ms, Mrs, Dr) | Mr. |
| First | Christopher |
| Middle | |
| Last | Lindsay |
| Suffix (such as: Jr, III) | |
| Submitting on behalf of Organization/Entity? | No |

**Address**
| | |
|---|---|
| Address | 826 Trail Ridge Dr. |
| City | Louisville |
| State | Colorado |
| Zip Code | 80027 |
| County | Boulder |
| Email Address | weedlum@me.com |
| Home Telephone | |
| Work Telephone | |
| Ext. | |
| Cell Telephone | 408-439-5785 |
| What is the best number to reach you during business hours? | Cell |
| What is the best way to communicate with you? | Portal |

## Insured Information

| | |
|---|---|
| I am the insured. | Yes |

**Name**
| | |
|---|---|
| Prefix (such as: Mr, Ms, Mrs) | Mr. |
| First | Christopher |
| Middle | |
| Last | Lindsay |
| Suffix (such as: Jr, III) | |
| Organization Name | |

**Address**
| | |
|---|---|
| Address | 826 Trail Ridge Dr. |

EXHIBIT 9
GIA-006057

| | |
|---|---|
| City | Louisville |
| State | Colorado |
| Zip Code | 80027 |
| County | Boulder |
| Telephone | 408-439-5785 |
| Ext. | |
| Email Address | weedlum@me.com |

## Complaint Against

| I am complaining against (check all that apply) | |
|---|---|
| Company | No |
| Agent/Agency | Yes |
| Other | No |

## Agent/Agency Information

| | |
|---|---|
| Agent/Agency Name | Geico Insurance Agency Inc. |

## Insurance Information

### Policy

| | |
|---|---|
| Insurance Card ID Number | |
| Type of Policy | Property or Casualty |
| Employer or Plan Sponsor | |
| Policy Number | 9940397636331 |
| In what state was this policy purchased? | Colorado |
| Type of Insurance | Homeowners |
| Specify if Other | |

### Claim

| | |
|---|---|
| Claim Number | IRX8418 |
| Date of Loss | 12-31-2021 |
| Location of Loss | 826 Trail Ridge Dr. Louisville, CO 80027 |

## Complaint Details

**Other Problem Type Description**

**Detail of Complaint**

When we bought our insurance, we asked for a higher limit for our coverage and were denied. We would like to obtain any audio recordings or transcripts Geico may have of our conversations when we were purchasing our policy. There were 2 conversations that could have this information. One was some time in April 2015. The other was in January 2016. My wife was the person who called. Her name is Erin Lindsay. The phone number she called from was (408)421-8753.

**Describe what you would consider to be a fair resolution to your complaint.**

GIA-006058

We would like the audio files and transcripts sent to us. If they contain evidence that we were denied higher coverage, we would want higher coverage to be offered to us retroactively. We would also like the ability to update the coverage to our current claim.

## Documentation

**Documentation**

| | |
|---|---|
| Do you have supporting documents? If so, how will you send them to us? | ☐ Upload ☐ Fax ☐ Mail ☑ None to supply |

**Other**

| | |
|---|---|
| Have you previously reported this problem to our office or another agency? | No |
| Are you represented by an attorney? | No |
| How did you hear about us? | None of the Above |

GIA-006059