| | |
|---|---|
| **From:** | Ruggiero, Jenifer M <JMRUGGIE@travelers.com> on behalf of PI Customer Advocacy <PICUSTOM@travelers.com> |
| **Sent:** | Tuesday, August 30, 2022 1:38 PM |
| **To:** | 'weedlum@me.com' |
| **Subject:** | RE: [External] Attn: Jenifer Ruggiero - Policy #: 994039763 6331 - Updated Scope of Loss |

August 30, 2022

Dear Mr. Lindsay,

Thank you for your email and for the attached correspondence. I have added it to your file and forwarded over to our Underwriting team as well.

Sincerely,

Jenifer Ruggiero

Jenifer Ruggiero | PI Customer Advocacy | Personal Insurance Operational Effectiveness Travelers
333 Glens Street
Glens Falls, NY 12801
P: 518.761.3269
Email: jmruggie@travelers.com


-----Original Message-----
From: Ruggiero, Jenifer M <JMRUGGIE@travelers.com> On Behalf Of PI Customer Advocacy
Sent: Monday, August 29, 2022 11:15 AM
To: Ruggiero, Jenifer M <JMRUGGIE@travelers.com>
Subject: FW: [External] Attn: Jenifer Ruggiero - Policy #: 994039763 6331 - Updated Scope of Loss



Jenifer Ruggiero | PI Customer Advocacy | Personal Insurance Operational Effectiveness Travelers
333 Glens Street
Glens Falls, NY 12801
P: 518.761.3269
Email: jmruggie@travelers.com



EXHIBIT 70
WIT: C. Lindsay
DATE: 9-4-24
Carin Geist, RDR, CRR, CRC

-----Original Message-----
From: Christopher Lindsay <weedlum@me.com>
Sent: Monday, August 29, 2022 11:04 AM
To: PI Customer Advocacy <PICUSTOM@travelers.com>
Subject: [External] Attn: Jenifer Ruggiero - Policy #: 994039763 6331 - Updated Scope of Loss

CAUTION: This email came from outside of the company. Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is weedlum@me.com.

1

EXHIBIT 11
TRAVELERS_009275

Hello Jenifer,

I'm writing to update you on the state of our complaint with the DOI. As we discussed on 4/6/22, we were working with our adjuster to get a complete, thorough, and accurate scope of loss for our house. After escalating the issue to the National Director of Large Loss Claims, Michael Gatti, we were able to get Travelers to hire a third party estimator to construct a new scope of loss. My wife and I then went through that document and made amendments so that it more accurately reflected the pre-loss condition of our home. I've attached the new scope below.

When we spoke last, you said you would send our complaint back to underwriting to be reevaluated. Please feel free to send this new scope of loss to them so that it can give them a better understanding of the finishes, features, and amenities we had in our home. We have also sent this information along to our adjuster Peter VanRipper, his manager Aaron Stone, and their Director Michael Gatti. Hopefully we can get this resolved quickly. Thank you,

Christopher Lindsay
826 Trail Ridge Dr.

TRAVELERS_009276