IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-01413-NYW-STV

ERIN LINDSAY and CHRISTOPHER LINDSAY,

    Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and
GEICO INSURANCE AGENCY, LLC

    Defendants.

## DECLARATION OF RYAN C. GILL

I, Ryan C. Gill, declare that I am older than 18 years of age, of sound mind and competent to testify, and have personal knowledge of the following facts:

1. I am counsel of record for Defendant Geico Insurance Agency LLC ("GIA") in the above-referenced litigation.

2. Exhibit 2 to GIA's motion for summary judgment is a true and correct copy of the warranty deed reflecting Plaintiffs' purchase of the property at issue in this litigation, 826 Trail Ridge Drive, Louisville, Colorado 80027, which I downloaded from the Boulder County website (https://boulder.co.publicsearch.us/doc/186333151).

3. Exhibit 5 to GIA's motion for summary judgment is a true and correct copy of relevant portions of GIA's responses to Plaintiffs' second set of written discovery, as served in this litigation.

4. Exhibit 6 to GIA's motion for summary judgment is a true and correct copy of relevant portions of Plaintiff Erin Lindsay's Responses To Defendant GIA's First Set Of Written Discovery.

1

5. Exhibit 7 to GIA's motion for summary judgment is a true and correct copy of relevant portions of Plaintiff Christopher Lindsay's Responses To Defendant GIA's First Set Of Written Discovery.

6. Exhibit 8 to GIA's motion for summary judgment is a true and correct copy of relevant portions of GIA's responses to Plaintiffs' first set of written discovery.

7. Exhibit 10 to GIA's motion for summary judgment is a true and correct copy of an email with a homeowners insurance quote, disclosed by Plaintiffs as Bates numbers LINDSAY 017725 - 017725.

8. Exhibit 11 to GIA's motion for summary judgment is a true and correct copy of a "Home Quotation Proposal" disclosed by Plaintiffs as Bates numbers LINDSAY 017724.

9. Exhibit 12 to GIA's motion for summary judgment is a true and correct copy of the Declaration pages from the certified Homeowners Policy issued to Plaintiffs from 06/04/2015 – 06/04/2016, disclosed by Travelers as Bates numbers TRAVELERS_001932-001945.

10. Exhibit 13 to GIA's motion for summary judgment is a true and correct copy of a report from Information Providers, Inc., Exhibit 87 to the deposition of Breanna Webb.

11. Exhibit 14 to GIA's motion for summary judgment is a true and correct copy of the Declaration pages from the certified Homeowners Policy issued to Plaintiffs from 06/04/2016 – 06/04/2017, disclosed by Travelers as Bates numbers TRAVELERS_002000-002005.

12. Exhibit 15 to GIA's motion for summary judgment is a true and correct copy of the Declaration pages from the certified Homeowners Policy issued to Plaintiffs from

06/04/2017 – 06/04/2018, disclosed by Travelers as Bates numbers TRAVELERS_002056-002061.

13. Exhibit 16 to GIA's motion for summary judgment is a true and correct copy of the Declaration pages from the Homeowners Policy issued to Plaintiffs from 06/04/2018 – 06/04/2019, disclosed by Travelers as Bates numbers TRAVELERS_003092-003095.

14. Exhibit 17 to GIA's motion for summary judgment is a true and correct copy of the Declaration pages from the certified Homeowners Policy issued to Plaintiffs from 06/04/2019 – 06/04/2020, disclosed by Travelers as Bates numbers TRAVELERS_002120-002125.

15. Exhibit 18 to GIA's motion for summary judgment is a true and correct copy of the Declaration pages from the certified Homeowners Policy issued to Plaintiffs from 06/04/2020 – 06/04/2021, disclosed by Travelers as Bates numbers TRAVELERS_002248-002253.

16. Exhibit 18 to GIA's motion for summary judgment is a true and correct copy of the Declaration pages from the certified Homeowners Policy issued to Plaintiffs from 06/04/2021 – 06/04/2022, disclosed by Travelers as Bates numbers TRAVELERS_002314-002323.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025

_Ryan C. Gill_