# GIA MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 2

03453032  06/16/2015 10:41 AM
RF: $11.00  DF: $89.00  Page: 1 of 1
Electronically recorded in Boulder County Colorado. Recorded as received.

# WARRANTY DEED

**RECORDER'S STAMP**

THIS DEED, made this 4th day of June, 2015, between

BETTY L. AGA AND DAVID A. BARTSCH

of the County of BOULDER, State of Colorado, grantor(s), and

**CHRISTOPHER J. LINDSAY AND ERIN A. LINDSAY**

whose legal address is 826 TRAIL RIDGE DRIVE, LOUISVILLE, CO 80027

of the County of BOULDER, State of Colorado,

grantee(s)

DOC FEE $ 89.00

WITNESS, that the grantor(s), for and in consideration of the sum of **Eight Hundred Ninety Thousand and 00/100, ($890,000.00)** the receipt and sufficiency of which is hereby acknowledged, have/has granted, bargained, sold and conveyed, and by these presents do(es) grant, bargain, sell, convey and confirm unto the grantees, their heirs and assigns forever, not in tenancy in common but in joint tenancy, all the real property together with improvements, if any, situate, lying and being in the County of BOULDER, State of Colorado, described as follows:

**LOT 16, CENTENNIAL 6, COUNTY OF BOULDER, STATE OF COLORADO**

also known by street and number as **826 TRAIL RIDGE DRIVE, LOUISVILLE, CO 80027;**

TOGETHER with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in, and to the above bargained premises, with the hereditaments and appurtenances,

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantees, their heirs and assigns forever. And the grantor(s), for him/herself, its/their heirs and personal representatives do(es) covenant, grant, bargain and agree to and with the grantees, their heirs and assigns, that at the time of the ensealing and delivery of these presents are well seized of the premises above conveyed, have/had good, sure, perfect absolute and indefeasible estate of inheritance, in law, in fee simple, and have/had good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, EXCEPT FOR TAXES FOR THE CURRENT YEAR AND SUBSEQUENT YEARS, EASEMENTS, RESERVATIONS, RESTRICTIONS, COVENANTS AND RIGHTS-OF-WAY OF RECORD IF ANY; AND DISTRIBUTION UTILITY EASEMENTS; AND MATTERS NOT SHOWN BY THE PUBLIC RECORDS BUT OF WHICH GRANTEE HAS ACTUAL KNOWLEDGE; AND INCLUSION OF THE PROPERTY WITHIN ANY SPECIAL TAXING DISTRICT; AND BENEFITS AND BURDENS OF ANY DECLARATION AND PARTY WALL AGREEMENTS, IF ANY AND SUBJECT TO THOSE EXCEPTIONS REFERRED TO IN TITLE INSURANCE COMMITMENT NO. 6215-31161 ISSUED BY GUARDIAN TITLE AGENCY, LLC.

The grantor(s) shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantees, their heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof.

IN WITNESS WHEREOF the grantor(s) have/had executed this deed on the date set forth above.

_____
BETTY L. AGA

_____
DAVID A. BARTSCH

STATE OF COLORADO
COUNTY OF BOULDER  }ss.

The foregoing instrument was acknowledged before me on June 4, 2015, by BETTY L. AGA AND DAVID A. BARTSCH.

Witness my hand and official seal.

_____
Notary Public

My commission expires _____

BONNIE C. NELSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934017037
MY COMMISSION EXPIRES NOVEMBER 17, 2017

Name and Address of person Creating Newly Created Legal Description (§ 38-35-105, C.R.S.)

**Guardian Title #6215-31161**

Warranty Deed – Joint Tenants