**GIA MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 8**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-01413-NYW-STV

ERIN LINDSAY and CHRISTOPHER LINDSAY,

    Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and
GEICO INSURANCE AGENCY, LLC

    Defendants.

---

**DEFENDANT GEICO INSURANCE AGENCY'S RESPONSES TO PLAINTIFFS' FOURTH SET OF WRITTEN DISCOVERY**

---

Defendant, GEICO Insurance Agency ("Defendant" or "GIA") by and through their counsel, Lewis Brisbois Bisgaard & Smith LLP, hereby submits its Responses to Plaintiff's Fourth Set of Written Discovery pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure.

## INTERROGATORY NO. 12

Did YOU offer or sell homeowner insurance products to Colorado homeowners from 2015 to 2021 besides TRAVELERS policies? If yes, please provide the names of each insurance company and which years YOU offered or sold homeowners policies that were underwritten by each insurer.

    **OBJECTIONS:**

    1. This interrogatory is vague and ambiguous with respect to the term "offer or sell" to the extent that it implicated underwriting activities. GIA does not underwrite the insurance policies issued to customers.

    2. This interrogatory is overbroad and unduly burdensome to the extent that it seeks information that is not relevant to the claim or defense of any party and proportional to the needs of the case. As a general matter, policies issued to other homeowners in Colorado are not relevant to the claims or defenses in this case. Further, it is undisputed that the 2021 Policy, at issue in this litigation, was issued by Travelers and that Plaintiffs did not consult GIA with regard to the issuance of the 2021 Policy. GIA sold the 2015 Policy to Plaintiffs. Other underwriters available during subsequent years are irrelevant.

1

**RESPONSE:**

Without waiving the foregoing objections, GIA states the following:

GIA acted as an insurance agent and did not underwrite the homeowners policies issued to customers. From 2015 to 2021, GIA sold homeowners insurance policies in Colorado issued by underwriters other than Travelers, including Homesite and Liberty Mutual.

**INTERROGATORY NO. 13**

Did YOU offer or sell any guaranteed replacement cost policies to Colorado homeowners from 2015 to 2021?

**OBJECTIONS:**

1. This interrogatory is vague and ambiguous with respect to the term "offer or sell" to the extent that it implicated underwriting activities. GIA does not underwrite the insurance policies it sells to customers.

2. This interrogatory is overbroad and unduly burdensome to the extent that it seeks information that is not relevant to the claim or defense of any party and proportional to the needs of the case. As a general matter, policies issued to other homeowners in Colorado are not relevant to the claims or defenses in this case. Further, it is undisputed that the 2021 Policy, at issue in this litigation, was issued by Travelers and that Plaintiffs did not consult GIA with regard to the issuance of the 2021 Policy.

**RESPONSE:**

Without waiving the foregoing objections, GIA states the following: No.

**As to Objections to Interrogatories (F.R.C.P. 33(b)(5)):**

Dated:  June 27, 2025

*s/ Ryan C. Gill*
Ryan C. Gill, Esq.
Jackson D. Beal, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Phone:   303.861.7760
Email:   Ryan.Gill@lewisbrisbois.com
         Jackson.Beal@lewisbrisbois.com

*Attorneys for Defendant GEICO Insurance Agency*

*- Remainder of Page Left Blank -*

2