# GIA MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 9

## Detailed Report                                            **9940397636331**

Travelers Insurance



| **General Information** | | | |
|---|---|---|---|
| Policy Number: | 9940397636331 | | |
| Property Address: | 826 TRAIL RIDGE DR | Mailing Address: | Same |
| | Louisville, CO | | |
| | 80027 | | |
| Primary Insured Name: | ERIN A. LINDSAY | | |
| Account Number: | 0002023100800 | | |
| Effective Date: | 6/04/2015 | | |
| Style: | Contemporary | Site Access: | Flat Area/Easy Access Roads |
| Finished Floor Area: | 3008 Square Feet | # of Families: | 1 |
| Created By: | Travelers | Last Updated By: | Travelers |
| Profile Owned By: | GEICO | | |

### Valuation Totals Summary

Cost Data As Of 11/2014

**Coverage A**

   **Reconstruction Cost with Debris Removal**                          **$443,050**

### Building Description

| | **Main Home** |
|---|---|
| Year Built: | 1991 |
| Construction Type: | Standard |
| Number of Stories: | 2 |
| Total Living Area: | 3008 Square Feet |
| Finished Living Area: | 3008 Square Feet |
| Perimeter: | Rectangular or Slightly Irregular |
| Wall Height: | 8.00 Feet 100 % |

## Building Description (continued)

### Foundation/Basement

#### Foundation Type

Basement, Below Grade    100 %

#### Foundation Materials

Concrete    100 %

#### Basement Information

| | |
|---|---|
| Basement Depth | 8 LF |
| Number of Basement Levels | 1 Cnt |
| Stairs, Basement, w/Railing | 1 Cnt |
| Standard Finish | 100 % |

## Materials

| Exterior Walls | | Partition Walls | | Interior Features | |
|---|---|---|---|---|---|
| **Framing** | | **Wall Coverings** | | **Staircases** | |
| Stud, 2" X 4" | 100% | Wallpaper, Vinyl | 5% | Staircase, Straight, Softwood | 1Cnt |
| **Exterior Frame Walls** | | **Partition Specialties** | | **Fireplaces** | |
| Siding, Wood | 100% | Door, Hollow Core, Birch | 19Cnt | Fireplace, Single | 1Cnt |
| **Roof** | | | | **Garages & Carports** | |
| **Roof Style/Slope** | | **Ceiling Finish** | | **Attached Garages** | |
| Gable, Moderate Pitch | 100% | **Ceilings** | | Attached Garage, 3 Car | 1Cnt |
| **Roof Shape** | | Drywall | 100% | **Foundation/Basement** | |
| Simple/Standard | 100% | **Floor Finish** | | **Foundation Type** | |
| **Roof Cover** | | **Floor Cover** | | Basement, Below Grade | 100% |
| Shingles, Asphalt/Fiberglass | 100% | Carpet, Acrylic/Nylon | 68% | **Foundation Materials** | |
| **Exterior Features** | | Hardwood | 22% | Concrete | 100% |
| **Windows** | | Tile, Ceramic | 5% | **Basement Information** | |
| Window, Wood, Double Hung, 3' x 4' | 29Cnt | Vinyl | 5% | Basement Depth | 8LF |
| **Exterior Doors (Count)** | | **Floor Extras** | | Number of Basement Levels | 1Cnt |
| Door, Wood, Exterior | 2Cnt | Molding, Base, 8" | 100% | Standard Finish | 100% |
| **Partition Walls** | | **Heating & Cooling** | | Stairs, Basement, w/Railing | 1Cnt |
| **Interior Wall Framing** | | **Air Conditioning** | | **Kitchens/Baths/Plumbing** | |
| Stud, 2" X 4" | 100% | Central Air Conditioning, Avg Cost | 100% | **Kitchens - Complete** | |
| **Partitions** | | **Heating** | | Kitchen, Semi-Custom | 1Cnt |
| Drywall | 100% | Heating, Gas | 100% | | |
| **Wall Coverings** | | **Interior Features** | | | |
| Paint | 95% | **Staircases** | | | |

## Materials (continued)

### Kitchens/Baths/Plumbing

#### Bathrooms - Complete

| | |
|---|---|
| Full Bath, Builder's Grade | 3Cnt |
| Half Bath, Builder's Grade | 1Cnt |

### Superstructure/Framing

#### Floor/Ceiling Structure

| | |
|---|---|
| Wood Joists & Sheathing | 100% |

#### Roof Structure

| | |
|---|---|
| Rafters, Wood with Sheathing | 100% |

### Whole House Systems

#### Electrical

| | |
|---|---|
| 200 Amp Service, Standard | 100% |

## Valuation Totals Detail

### Coverage A

Cost Data As Of 11/2014

| | Labor | Equipment / Misc. | Material | Total |
|---|---:|---:|---:|---:|
| Sitework | 0 | 0 | 0 | 0 |
| Foundations | 18,761 | 686 | 10,645 | 30,092 |
| Slab on Grade | 5,936 | 150 | 7,249 | 13,335 |
| Framing | 28,009 | 0 | 27,085 | 55,094 |
| Roofing | 5,268 | 0 | 7,355 | 12,623 |
| Exterior Walls | 22,432 | 0 | 30,118 | 52,550 |
| Partitions | 18,384 | 0 | 13,877 | 32,261 |
| Wall Finishes | 10,562 | 0 | 7,339 | 17,901 |
| Floor Finishes | 10,143 | 0 | 18,801 | 28,944 |
| Ceiling Finishes | 9,458 | 38 | 4,417 | 13,913 |
| Equipment | 7,364 | 202 | 38,591 | 46,157 |
| Conveying Systems | 0 | 0 | 0 | 0 |
| Plumbing Systems | 14,102 | 0 | 22,200 | 36,302 |
| HVAC Systems | 14,805 | 0 | 17,463 | 32,268 |
| Electrical Systems | 9,940 | 0 | 7,060 | 17,000 |
| Attached Structures | 4,549 | 0 | 6,097 | 10,646 |
| General Conditions | 0 | 25,857 | 0 | 25,857 |
| **Subtotal $:** | **179,713** | **26,933** | **218,297** | **424,943** |

**Reconstruction Cost with Debris Removal**          **$443,050**

## Markups and Adjustments

Value Basis                          Reconstruction

## Disclaimer

CoreLogic costs are generated using sources and methods current as of the date of this notification and include
normative costs at the geographic location of the subject property. Costs represent only general estimates that are
not to be considered a detailed quantity survey. Copyright © 2022 CoreLogic, Inc. and its licensors. All rights
reserved.

## Detailed Report                                         **9940397636331**

Travelers Insurance



### General Information

| | | | |
|---|---|---|---|
| Policy Number: | 9940397636331 | | |
| Property Address: | 826 TRAIL RIDGE DR | Mailing Address: | Same |
| | Louisville, CO | | |
| | 80027 | | |
| Primary Insured Name: | ERIN A. LINDSAY | | |
| Account Number: | 0002023100800 | | |
| Effective Date: | 6/04/2015 | | |
| Style: | Contemporary | Site Access: | Flat Area/Easy Access Roads |
| Finished Floor Area: | 3008 Square Feet | # of Families: | 1 |
| Created By: | Travelers | Last Updated By: | Travelers |
| Profile Owned By: | GEICO | | |

### Valuation Totals Summary

Cost Data As Of 11/2014

**Coverage A**

**Reconstruction Cost with Debris Removal**                    **$482,204**

### Building Description

**Main Home**

| | |
|---|---|
| Year Built: | 1991 |
| Construction Type: | Standard |
| Number of Stories: | 2 |
| Total Living Area: | 3008 Square Feet |
| Finished Living Area: | 3008 Square Feet |
| Perimeter: | Rectangular or Slightly Irregular |
| Wall Height: | 8.00 Feet 100 % |

## Building Description (continued)

### Foundation/Basement

#### Foundation Type

| | |
|---|---|
| Basement, Below Grade | 100 % |

#### Foundation Materials

| | |
|---|---|
| Concrete | 100 % |

#### Basement Information

| | |
|---|---|
| Basement Depth | 8 LF |
| Number of Basement Levels | 1 Cnt |
| Stairs, Basement, w/Railing | 1 Cnt |
| Standard Finish | 100 % |

## Materials

| Exterior Walls | | Partition Walls | | Interior Features | |
|---|---|---|---|---|---|
| **Framing** | | **Wall Coverings** | | **Staircases** | |
| Stud, 2" X 4" | 100% | Paint | 95% | Staircase, Straight, Softwood | 1Cnt |
| **Exterior Frame Walls** | | Wallpaper, Vinyl | 5% | **Fireplaces** | |
| Siding, Wood | 100% | **Partition Specialties** | | Fireplace, Single | 1Cnt |
| **Roof** | | Door, Hollow Core, Birch | 19Cnt | **Additional Features** | |
| **Roof Style/Slope** | | **Ceiling Finish** | | Wet Bar | 1Cnt |
| Gable, Moderate Pitch | 100% | **Ceilings** | | **Garages & Carports** | |
| **Roof Shape** | | Drywall | 100% | **Attached Garages** | |
| Simple/Standard | 100% | **Floor Finish** | | Attached Garage, 3 Car | 1Cnt |
| **Roof Cover** | | **Floor Cover** | | **Foundation/Basement** | |
| Shingles, Asphalt/Fiberglass | 100% | Carpet, Acrylic/Nylon | 68% | **Foundation Type** | |
| **Exterior Features** | | Hardwood | 22% | Basement, Below Grade | 100% |
| **Windows** | | Tile, Ceramic | 5% | **Foundation Materials** | |
| Window, Bay | 2Cnt | Vinyl | 5% | Concrete | 100% |
| Window, Wood, Double Hung, 3' x 4' | 27Cnt | **Floor Extras** | | **Basement Information** | |
| **Exterior Doors (Count)** | | Molding, Base, 8" | 100% | Basement Depth | 8LF |
| Door, Sliding Glass | 3Cnt | **Heating & Cooling** | | Number of Basement Levels | 1Cnt |
| Door, Wood, Exterior | 2Cnt | **Air Conditioning** | | Standard Finish | 100% |
| **Partition Walls** | | Central Air Conditioning, Avg Cost | 100% | Stairs, Basement, w/Railing | 1Cnt |
| **Interior Wall Framing** | | **Heating** | | | |
| Stud, 2" X 4" | 100% | Heating, Gas | 100% | | |
| **Partitions** | | **Interior Features** | | | |
| Drywall | 100% | | | | |

## Materials (continued)

**Kitchens/Baths/Plumbing**

*Kitchens - Complete*

Kitchen, Semi-Custom    1Cnt

*Bathrooms - Complete*

Full Bath, Semi-Custom    3Cnt

Half Bath, Semi-Custom    1Cnt

**Superstructure/Framing**

*Floor/Ceiling Structure*

Wood Joists & Sheathing    100%

*Roof Structure*

Rafters, Wood with Sheathing    100%

**Whole House Systems**

*Electrical*

200 Amp Service, Standard    100%

## Valuation Totals Detail

**Coverage A**                                             Cost Data As Of 11/2014

|  | Labor | Equipment / Misc. | Material | Total |
|---|---|---|---|---|
| Sitework | 0 | 0 | 0 | 0 |
| Foundations | 18,761 | 686 | 10,645 | 30,092 |
| Slab on Grade | 5,936 | 150 | 7,249 | 13,335 |
| Framing | 28,009 | 0 | 27,085 | 55,094 |
| Roofing | 5,268 | 0 | 7,355 | 12,623 |
| Exterior Walls | 23,409 | 0 | 36,466 | 59,875 |
| Partitions | 18,384 | 0 | 13,877 | 32,261 |
| Wall Finishes | 10,562 | 0 | 7,339 | 17,901 |
| Floor Finishes | 10,143 | 0 | 18,801 | 28,944 |
| Ceiling Finishes | 9,458 | 38 | 4,417 | 13,913 |
| Equipment | 7,630 | 202 | 39,530 | 47,362 |
| Conveying Systems | 0 | 0 | 0 | 0 |
| Plumbing Systems | 16,585 | 0 | 45,251 | 61,836 |
| HVAC Systems | 14,805 | 0 | 17,463 | 32,268 |
| Electrical Systems | 9,940 | 0 | 7,060 | 17,000 |
| Attached Structures | 4,549 | 0 | 6,097 | 10,646 |
| General Conditions | 0 | 29,401 | 0 | 29,401 |
| **Subtotal $:** | **183,439** | **30,477** | **248,635** | **462,551** |

**Reconstruction Cost with Debris Removal**                                    **$482,204**

| Markups and Adjustments | |
| --- | --- |
| Value Basis | Reconstruction |

| Disclaimer |
| --- |

CoreLogic costs are generated using sources and methods current as of the date of this notification and include normative costs at the geographic location of the subject property. Costs represent only general estimates that are not to be considered a detailed quantity survey. Copyright © 2022 CoreLogic, Inc. and its licensors. All rights reserved.

GIA - 000038